# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# FOURTH AMENDED GENERAL ORDER 19-0007

On May 10, 2019, the Honorable Frederick J. Kapala took inactive Senior Judge status and will no longer be assigned any civil or criminal cases. In order to continue court operations in the Western Division of the Northern District of Illinois, it is necessary to reassign cases that need to have matters scheduled on or after May 11, 2019; therefore

IT IS FURTHER ORDERED that effective June 27, 2019, the Clerk of Court is to modify the civil case assignment wheel to assign all new civil cases randomly to the Honorable Philip G. Reinhard and the judges who have indicated that they are available to hear civil cases in the Western Division as noted in the revised attachment.

IT IS FURTHER ORDERED that upon the entry of an order by the Honorable Philip G. Reinhard indicating that a civil or criminal case should be reassigned pursuant to the provisions of 28 U.S.C. § 294(b), the Clerk of the Court shall immediately randomly reassign the case to another district judge utilizing the newly created reassignment wheel and docket a copy of this order on the reassigned case; and

IT IS FURTHER ORDERED that IOP 11(d) will remain in full effect; and

IT IS FURTHER ORDERED that cases impacted by this order will not be part of the Mandatory Initial Discovery Pilot Project; and

IT IS FURTHER ORDERED that upon the confirmation of a district judge who is assigned full-time to the Western Division, all open cases that were reassigned to the Eastern Division district judges pursuant to this order shall be reassigned to the newly confirmed Western Division district judge; and

ENTER:
FOR THE COURT

_____
Chief Judge

Dated at Chicago, Illinois this 27 day of June, 2019

Attachment to Fourth Amended General Order 19-0007

District Judges to be added to the civil case reassignment wheel for the Western Division:

Honorable John Robert Blakey
Honorable Thomas M. Durkin
Honorable Sara L. Ellis
Honorable Gary S. Feinerman
Honorable Matthew F. Kennelly
Honorable John Z. Lee
Honorable Joan Humphrey Lefkow (50 Percent Assignment)
Honorable Harry D. Leinenweber (50 Percent Assignment)
Honorable Rebecca R. Pallmeyer (50 Percent Assignment)
Honorable John J. Tharp Jr.

District Judges to be added to the criminal case assignment/reassignment wheel for the Western Division:

Honorable John Robert Blakey
Honorable Sara L. Ellis
Honorable Virginia M. Kendall
Honorable Matthew F. Kennelly
Honorable John Z. Lee
Honorable Joan Humphrey Lefkow (50 Percent Assignment)
Honorable Harry D. Leinenweber (50 Percent Assignment)
Honorable Rebecca R. Pallmeyer
Honorable John J. Tharp Jr.