# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Western Division

David Boveri  
                Plaintiff,

v.                                    Case No.: 3:19−cv−50226  
                                        Honorable Sara L. Ellis

ConsenSys, Inc.  
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 28, 2019:

      MINUTE entry before the Honorable Sara L. Ellis: The initial status conference in this matter is set for 12/2/2019 at 9:30AM in the Rockford Courthouse. The parties are directed to review the procedures and requirements for this conference on Judge Ellis' web site and to submit the required Initial Status Report by 11/20/2019. The parties are required to appear in person. The general referral to Magistrate Judge Lisa A. Jensen is terminated for all purposes. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.