UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Western Division

David Boveri
                          Plaintiff,

v.                                                     Case No.: 3:19−cv−50226
                                                                Honorable Sara L. Ellis

ConsenSys, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 21, 2019:

      MINUTE entry before the Honorable Sara L. Ellis: By agreement of the parties, the deadline for the filing of the Joint Initial Status Report is extended and due by 11/27/2019. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.