**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: David Boveri v. Consensys, Inc.

Case Number: 3:19-cv-50226

An appearance is hereby filed by the undersigned as attorney for:
Defendant

Attorney name (type or print): Aaron W. Chaet

Firm: Williams, Bax & Saltzman, P.C.

Street address: 221 N. LaSalle, Ste. 3700

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6299264
(See item 3 in instructions)

Telephone Number: 312.372.3311

Email Address: chaet@wbs-law.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 26, 2019

Attorney signature: S/ Aaron W. Chaet
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015