UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DAVID BOVERI,<br><br>        Plaintiff,<br><br>    - v -<br><br>CONSENSYS, INC.,<br><br>        Defendant. | Case No. 3:19-cv-50226<br><br>Hon. Sara L. Ellis |

    Defendant ConsenSys, Inc., by its attorneys Davis Wright Tremaine LLP and Williams, Bax & Saltzman, P.C., hereby states that ConsenSys, Inc. is wholly owned by ConsenSys AG, a corporation organized under the laws of Switzerland. ConsenSys AG has no parent company, and no publicly held corporation as a greater than 10% shareholder.

Dated:      November 27, 2019

                                        /s/Aaron W. Chaet
                                        Kerry E. Saltzman (ARDC No. 6191194)
                                        Aaron W. Chaet (ARDC No. 6299264)
                                        WILLIAMS, BAX & SALTZMAN, P.C.
                                        Attorneys for Defendant
                                        221 N. LaSalle St., Ste. 3700
                                        Chicago, IL 60601
                                        (312) 372-3311

                                        Laura Sack (admission *pro hac vice* pending)
                                        Scott M. Cooper (admission *pro hac vice* pending)
                                        DAVIS WRIGHT TREMAINE LLP
                                        Attorneys for Defendant
                                        1251 Avenue of the Americas, 21st Floor
                                        New York, New York 10020
                                        (212) 489-8230

4828-0800-1709v.1 0107933-000004