**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Boveri , Plaintiff(s), v. ConsenSys, Inc., Defendant(s). | Case No. 3:19-cv-50226 Judge Sara L. Ellis |

## ORDER

(T:05) Status hearing held on 12/2/19. Discovery schedule: Rule 26(a) disclosures are due by 12/31/19; written discovery to issue by 1/24/20; fact discovery closes on 6/26/20. Plaintiff to provide HIPAA authorizations by 12/6/19 for medical records. Plaintiff amends complaint to allege damages regarding mental health to simply garden-variety pain and suffering; thus, Plaintiff's mental health records are not at issue. Motions for leave to appear pro hac vice [9], [10] are granted. Next status date set for 3/27/20 at 9:30 a.m. to report on discovery and settlement.

Date: 12/2/2019                                         /s/ Sara L. Ellis