# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| DAVID BOVERI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:19-cv-50226 |
| - v - ) | |
| ) | Hon. Sara L. Ellis |
| CONSENSYS, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Defendant Consensys, Inc., by and through its attorneys Davis Wright Tremaine LLP and Williams, Bax and Saltzman, P.C., file the instant Joint Motion for Entry of Agreed Protective Order, and states as follows:

1. The parties will be serving discovery in this matter, which will require the disclosure of various confidential information, including but not limited to information relating to medical information, employment records, and financial information of parties.

2. The parties have agreed that the proposed Agreed Protective Order, which is being sent to the Court separately via electronic mail, protects the confidentiality of parties in an efficient and appropriate manner, and is consistent with the Northern District of Illinois' model protective order.

WHEREFORE, the parties jointly and respectfully request that this Court grant an order entering the attached protective order.

Respectfully Submitted,

| **CONSENSYS, INC.** | **DAVID BOVERI** |
|---|---|
| By:/s/ Aaron W. Chaet | By: _[signature]_ |
| | (Electronically signed by Defendant with Consent of Plaintiff) |
| Aaron W. Chaet | |
| WILLIAMS, BAX & SALTZMAN, P.C. | David Boveri (Pro Se) |
| 221 N. LaSalle St., Ste. 3700 | 3230 Sycamore Rd. |
| Chicago, IL 60601 | Suite 168 |
| chaet@wbs-law.com | DeKalb, IL 60115 |
| | daiv.boveri@gmail.com |
| Scott M. Cooper | |
| DAVIS WRIGHT TREMAINE LLP | |
| Attorneys for Defendant | |
| 1251 Avenue of the Americas, 21st Floor | |
| New York, NY 10020 | |
| scottcooper@dwt.com | |

## **CERTIFICATE OF SERVICE**

  I, Aaron W. Chaet, an attorney, certify that on this 10th day of February, 2020, a true and correct copy of the foregoing ***Joint Motion for Entry of an Agreed Protective Order***, was filed via the electronic filing system of the United States District Court for the Northern District of Illinois and will be served upon all attorneys of record and Plaintiff, who is appearing pro se.

              /s/ Aaron W. Chaet