UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DAVID BOVERI, | ) |
|       Plaintiff, | ) |
| - v - | ) Case No. 3:19-cv-50226 |
| CONSENSYS, INC., | ) Hon. Sara L. Ellis |
|       Defendant. | ) |

**NOTICE OF MOTION**

TO: David Boveri (PRO SE)
3230 Sycamore Rd., Ste. 168
DeKalb, IL 60115
daiv.boveri@gmail.com

    PLEASE TAKE NOTICE that on Monday, February 24, 2020 at 9:30 a.m. I shall appear before Judge Sara J. Ellis or before anyone sitting in her stead, in the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, IL 61101, Western Division, and then and there present the attached **Joint Motion for Entry of Protective Order**.

                                            /s/Aaron W. Chaet
                                            Aaron W. Chaet
                                            WILLIAMS, BAX & SALTZMAN, P.C.
                                            221 N LaSalle Street, Ste. 3700
                                            Chicago, IL 60601
                                            chaet@wbs-law.com