**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**GENERAL ORDER 20-0029**

It appearing that Iain D. Johnston has been appointed as a United States District Judge for the Northern District of Illinois, Western Division; therefore

IT IS HEREBY ORDERED That the attached list of civil cases are hereby reassigned to form the initial calendar of the Honorable Iain D. Johnston; and

It is further ordered that the Fourth Amended General Order 19-0007 –Western Division Reassignment Wheel, be vacated in its entirety and this General Order supersedes it; and

It is further ordered the Clerk of Court is to add Judge Johnston's name to the Court's existing civil and criminal case assignment system so that he shall receive a full share of such cases; and

It is further ordered that all criminal cases that were assigned and reassigned pursuant to General Order 19-0007 shall remain assigned to the current district judge absent further order of the Court.

**ENTER**:

**FOR THE COURT**

*[signature]*
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 29th day of September, 2020

1

**Civil Cases Reassigned to Judge Johnston from Judge Blakey**

| | |
|---|---|
| 1:18-cv-06305 | Adair v. Varga et al |
| 1:18-cv-07598 | Quinto v. General Motors, LLC. |
| 1:18-cv-08506 | Parsons v. Mt. Baker Vapor, LLC et al |
| 3:13-cv-50120 | Wells Fargo Bank Minnesota, National Association v. Johnston |
| 3:17-cv-50144 | Kirk et al v. Clark Equipment Company |
| 3:17-cv-50188 | Perez-Perez et al v. Monsanto Company |
| 3:18-cv-50035 | Alfredia Edwards as Independent Administrator of the Estate of Nathaniel Edwards v. Officer John Doe et al |
| 3:18-cv-50065 | Davis v. Santos et al |
| 3:18-cv-50186 | Lewis et al v. 300 West LLC et al |
| 3:18-cv-50243 | Pessman v. Trek Bicycle Corporation |
| 3:18-cv-50268 | United States of America v. Chains and Links, Inc. et al. |
| 3:18-cv-50284 | Riddle et al v. Oliver et al |
| 3:18-cv-50291 | Horton v. Redmond et al |
| 3:18-cv-50302 | Kroll v. Commissioner of Social Security |
| 3:18-cv-50392 | Cauthen v. FHN Memorial Hospital |
| 3:19-cv-50004 | Miller v. Village of Kirkland et al |
| 3:19-cv-50085 | Spratt v. Varga et al |
| 3:19-cv-50150 | Horton v. Hudson |
| 3:19-cv-50151 | Hogue v. Varga |
| 3:19-cv-50190 | Claiborne, Jr. v. Rivers |
| 3:19-cv-50269 | Jackson v. Illinois Department of Corrections et al |
| 3:19-cv-50279 | Simmons v. Rivers |
| 3:19-cv-50289 | Hassan v. Stepping Stones |
| 3:19-cv-50318 | Ellis v. Rivers |
| 3:19-cv-50330 | Gonzalez v. United States of America |
| 3:19-cv-50341 | Miller v. Express Fashions, LLC |
| 3:19-cv-50343 | Williams v. Illinois Department of Transportation |
| 3:19-cv-50344 | Elkins, Jr. v. Remmers et al |
| 3:19-cv-50345 | Elkins, Jr. v. Varga et al |
| 3:20-cv-50002 | Ellis, Jr. v. Rivers |
| 3:20-cv-50021 | Jackson v. I.D.O.C. et al |
| 3:20-cv-50124 | Henderson v. DeKalb Community Unit School District 428 et al |
| 3:20-cv-50172 | Davis v. Lemere et al |
| 3:20-cv-50176 | Elkins, Jr. v. Nicklaus et al |
| 3:20-cv-50177 | Elkins, Jr. v. Allen et al |
| 3:20-cv-50178 | Elkins, Jr. v. Allen et al |
| 3:20-cv-50179 | Elkins, Jr. et al v. Carlson et al |
| 3:20-cv-50191 | Elkins, Jr. v. Jeffries et al |
| 3:20-cv-50204 | Spratt v. Varga et al |
| 3:20-cv-50210 | O'Quinn v. Nicklaus et al |
| 3:20-cv-50255 | West v. Saul |
| 3:20-cv-50266 | Washington v. Kester et al |
| 3:20-cv-50281 | Hill v. Rivers et al |
| 3:20-cv-50294 | Frazier v. Honeywell International, Inc. et al |
| 3:20-cv-50296 | AmGuard Insurance v. Williams et al |
| 3:20-cv-50301 | Thompson v. Alitizer et al |
| 3:20-cv-50329 | Zierler v. Winnebago County Sheriff Department et al |
| 3:20-cv-50332 | Ellis, Jr. v. Rivers |
| 3:20-cv-50346 | Harris v. Nicklaus et al |
| 3:20-cv-50358 | Furst-McNess Company v. Kansas-Smith Farms, LLC |

| | |
|---|---|
| 3:20-cv-50369 | Hawkins v. Rivers |

**Civil Cases Reassigned to Judge Johnston from Judge Durkin**

| | |
|---|---|
| 1:12-cv-07296 | Gakuba v. O'Brien et al |
| 1:18-cv-02524 | Wrenn v. Exelon Generation LLC et al |
| 3:12-cv-50324 | DR Distributors, LLC v. 21 Century Smoking, Inc. |
| 3:13-cv-50218 | Gakuba v. Karner et al. |
| 3:16-cv-50151 | Nicholl v. Wexford Health Care Source, Inc. et al |
| 3:16-cv-50162 | Boykin v. Sandholm |
| 3:17-cv-50093 | Lymon v. Wexford Health Service, Inc. et al |
| 3:18-cv-50090 | Lewis v. Varga et al |
| 3:18-cv-50111 | Brooker v. Boomer et al |
| 3:18-cv-50114 | Cover, Jr. v. OSF Healthcare Systems |
| 3:18-cv-50248 | Reid v. Spencer et al |
| 3:18-cv-50312 | Ashford v. Zma et al |
| 3:19-cv-50187 | Sargeant v. A. Barfield |
| 3:19-cv-50205 | Ruderman v. Prim et al |
| 3:19-cv-50208 | Moreno v. Varga et al |
| 3:19-cv-50251 | Castillo v. Dorethy |
| 3:19-cv-50259 | Howard III v. Rivers |
| 3:19-cv-50268 | Marie v. United States of America |
| 3:19-cv-50301 | Bell v. Rivers |
| 3:19-cv-50311 | Castillo v. Snyders |
| 3:19-cv-50337 | Fernandes v. Rosalind Franklin University School of Medicine and Science d/b/a Rosalind Franklin University |
| 3:20-cv-50023 | Insurance King Agency, Inc. v. Accurate InsuranceServices, Inc. et al |
| 3:20-cv-50065 | Koger v. Nielson et al |
| 3:20-cv-50110 | Bentley v. Target Corporation |
| 3:20-cv-50129 | Allen v. Rockford School District #205 |
| 3:20-cv-50132 | Thorsen v. Community Unit School District 300 |
| 3:20-cv-50160 | Mickling, Sr. v. Hudson |
| 3:20-cv-50163 | Smith v. Saul |
| 3:20-cv-50184 | Reckward v. Saul |
| 3:20-cv-50186 | Davis v. McDowell et al |
| 3:20-cv-50232 | Shapiro v. Saul |
| 3:20-cv-50312 | Zitzke v. Monsanto Company |
| 3:20-cv-50319 | Watts v. United States of America |
| 3:20-cv-50320 | Estate of Daniel Morris v. Jeffreys et al |
| 3:20-cv-50335 | Wallace v. McHenry County et al |
| 3:20-cv-50348 | Chavez et al v. Camping World RV Sales et al |
| 3:20-cv-50349 | Santos v. Sitkie et al |

**Civil Cases Reassigned to Judge Johnston from Judge Ellis**

| | |
|---|---|
| 3:14-cv-50164 | Chen et al v. Solano et al |
| 3:17-cv-50087 | Wells v. Dominguez et al |
| 3:17-cv-50121 | Boyle v. Village of Stockton et al. |
| 3:18-cv-50082 | Osterberg v. University of Illinois College of Medicine et al |
| 3:18-cv-50202 | Davis v. Stovall |
| 3:18-cv-50227 | Hazzard v. Springman et al |
| 3:18-cv-50351 | Knox v. Wexford Health Source et al |
| 3:18-cv-50402 | Keller v. Castillio et al |
| 3:18-cv-50413 | Worden v. FCA US LLC |

3

| | |
|---|---|
| 3:19-cv-50058 | Dawson v. Baldwin et al |
| 3:19-cv-50103 | James v. Chattic et al |
| 3:19-cv-50172 | Muston v. Wexford Health Sources, Inc et al |
| 3:19-cv-50199 | Thomas v. Seal-Rite Door, Inc. |
| 3:19-cv-50226 | Boveri v. ConsenSys, Inc. |
| 3:19-cv-50239 | Castaneda v. Heinrich et al |
| 3:19-cv-50267 | Williams v. Rivers |
| 3:19-cv-50271 | James v. Varga et al |
| 3:19-cv-50280 | Melecio v. Hammers et al |
| 3:19-cv-50315 | Merritt v. Watson et al |
| 3:20-cv-50020 | Tarbill v. Community Cash Management Corporation |
| 3:20-cv-50026 | Ukena v. Steines et al |
| 3:20-cv-50061 | Keller v. Vargas et al |
| 3:20-cv-50080 | Wagner v. Wexford Health Source et al |
| 3:20-cv-50082 | Evans v. Rivers |
| 3:20-cv-50100 | Alanis v. Rivers |
| 3:20-cv-50108 | Board of Education of Community High School District No. 155 v. E.C. and J.C., individually and as parents and next friends of J.C., a minor |
| 3:20-cv-50151 | Knight v. Federal Bureau of Prisons et al |
| 3:20-cv-50188 | Williams v. Rivers |
| 3:20-cv-50207 | Sandoval, Sr. et al v. Rockford Police Department et al |
| 3:20-cv-50222 | Munoz v. Ye and Lin, Inc. et al |
| 3:20-cv-50224 | Gassew v. AUSP-FBOP-Thompson-Owners et al |
| 3:20-cv-50247 | Tara Hoover v. Said et al |
| 3:20-cv-50279 | Kelly v. Carlson et al |
| 3:20-cv-50287 | Cashmore v. Follett School Solutions, Inc. |
| 3:20-cv-50307 | Northern Illinois Electrical Joint Apprenticeship & Training Trust Fund et al v. Nicholson Electric, Inc. |
| 3:20-cv-50324 | Thompson v. Saul |
| 3:20-cv-50333 | Terry v. The Minster Machine Company et al |
| 3:20-cv-50360 | Biggs v. Biggs |
| 3:20-cv-50367 | Combs v. Saul |

**Civil Cases Reassigned to Judge Johnston from Judge Feinerman**

| | |
|---|---|
| 3:19-cv-50215 | Innovative Plaza North, LLC v. AmGuard Insurance Company |
| 3:19-cv-50322 | McIntosh v. United States of America |
| 3:20-cv-50014 | Greyer v. Allen et al |
| 3:20-cv-50048 | DeJaynes et al v. Powell et al |
| 3:20-cv-50085 | Westendorf v. Walmart Inc. |
| 3:20-cv-50092 | Johnson v. US Dept.Urban Housing Development et al |
| 3:20-cv-50149 | Breedlove et al v. Marie's Pizza et al |
| 3:20-cv-50165 | Ward v. McDowell et al |
| 3:20-cv-50175 | Thomas v. Rivers |
| 3:20-cv-50257 | Wheeler v. Varga et al |
| 3:20-cv-50270 | Borihane v. Rivers et al |
| 3:20-cv-50283 | Sanders v. United States of America et al |
| 3:20-cv-50289 | Kester v. Menard, Inc. et al |
| 3:20-cv-50295 | Reid v. Erskine et al |
| 3:20-cv-50298 | Cosman v. Busey Bank |
| 3:20-cv-50342 | Swinson v. Lincolnshire Place |
| 3:20-cv-50343 | Defalco v. Tolmie et al |
| 3:20-cv-50361 | Iron Workers Local Union No. 498 v. Kujo, Inc. |

**Civil Cases Reassigned to Judge Johnston from Judge Kendall**

| | |
|---|---|
| 3:20-cv-50236 | United States of America v. Flournoy |

**Civil Cases Reassigned to Judge Johnston from Judge Kennelly**

| | |
|---|---|
| 1:16-cv-06923 | Kaczmarek v. Boimet Manufacturing, LLC. et al |
| 1:17-cv-07231 | Redmond v. Irwin |
| 1:18-cv-02717 | Latin v. Johnson et al |
| 1:19-cv-03738 | Glover v. Unknown Freeport Police Officers |
| 3:17-cv-50044 | Arsberry v. Wexford Health Care Provider et al |
| 3:17-cv-50046 | Wilkerson v. Chovinard et al |
| 3:18-cv-50080 | Cano v. Dixon Correctional Center et al |
| 3:18-cv-50140 | Thomas v. Aramark Inc. et al |
| 3:18-cv-50314 | Gospodinov v. Hudson et al |
| 3:18-cv-50333 | Bramlett v. ServiCom, LLC et al |
| 3:19-cv-50065 | Jose L. Torres v. Rock River Disposal Services, Inc. et al |
| 3:19-cv-50074 | Ford v. Baldwin et al |
| 3:19-cv-50104 | United States of America v. Hayes |
| 3:19-cv-50147 | Daval v. Zahtz et al |
| 3:19-cv-50214 | Abdallah et al v. Pagryzinski et al |
| 3:19-cv-50277 | Davis v. CitiMortgage, Inc. |
| 3:19-cv-50281 | Hughes v. Boebel et al |
| 3:19-cv-50310 | Russo v. Wexford Health Sources, Inc. et al |
| 3:19-cv-50312 | United States of America v. Davis |
| 3:19-cv-50352 | Anderson v. Dotty's |
| 3:20-cv-50017 | Bennett v. Wexford Health Source et al |
| 3:20-cv-50029 | Coleman v. Nicklaus |
| 3:20-cv-50069 | Orr v. Rivers |
| 3:20-cv-50072 | Carrington v. Varga et al |
| 3:20-cv-50095 | Jones v. Rivers |
| 3:20-cv-50096 | Meier v. Pacific Life Insurance Company |
| 3:20-cv-50131 | Sanford v. Rivers |
| 3:20-cv-50138 | The Estate of Thomas Doheny et al v. The County of McHenry et al |
| 3:20-cv-50141 | Delaboin v. Rivers et al |
| 3:20-cv-50208 | Davies v. LoanCare, LLC |
| 3:20-cv-50230 | Widman v. Saul |
| 3:20-cv-50231 | Elam v. C. Williams |
| 3:20-cv-50253 | Carpenters Pension Fund of Illinois v. Kyler Construction, Inc. |
| 3:20-cv-50258 | Mardis v. Rosenie |
| 3:20-cv-50259 | Mardis v. McCalister |
| 3:20-cv-50300 | United States of America v. Washington |
| 3:20-cv-50310 | Baker v. Stephenson County |
| 3:20-cv-50339 | Drummer v. Sunrise Credit Services, Inc. |
| 3:20-cv-50365 | Carr v. Governmental Officials et al |

**Civil Cases Reassigned to Judge Johnston from Judge Lee**

| | |
|---|---|
| 1:16-cv-09299 | Griggs v. Fatheree |
| 1:18-cv-00379 | MSP Recovery Claims, Sewries LLC et al v. Mallinckrodt Ard Inc., et al |
| 3:17-cv-50107 | City of Rockford v. Mallinckrodt ARD, Inc., et al |
| 3:17-cv-50156 | Fowler v. Syncreon North America, Inc. |
| 3:17-cv-50205 | United States of America v. Poke |
| 3:18-cv-50007 | Suleiman v. Wexford Health Source, Inc. et al |

| | |
|---|---|
| 3:18-cv-50031 | Margarella v. Chamberlain et al |
| 3:18-cv-50120 | Williams v. Bald et al |
| 3:18-cv-50177 | Darnell v. Varga et al |
| 3:18-cv-50213 | ExactLogix, Inc. v. JobProgress, LLC et al |
| 3:18-cv-50282 | Banks v. Wexford Health Source, Inc. et al |
| 3:18-cv-50310 | Gay v. Ortman et al |
| 3:18-cv-50389 | Plemmons v. Montanez et al |
| 3:19-cv-50050 | Access Services of Northern Illinois et al v. Capitol Administrators, Inc. et al |
| 3:19-cv-50051 | Short v. Varga et al |
| 3:19-cv-50122 | FireBlok IP Holdings, LLC v. Hilti, Inc. |
| 3:19-cv-50168 | Harris v. Rockford Police Department et al |
| 3:19-cv-50176 | Herron v. Reveniq |
| 3:19-cv-50189 | Dukes et al v. City of Freeport Illinois et al |
| 3:19-cv-50233 | Walker v. Baldwin et al |
| 3:19-cv-50265 | Tikeria Blake v. City of Rockford et al |
| 3:19-cv-50302 | Kirksey v. Kramer |
| 3:19-cv-50303 | Liggins v. Reicks et al |
| 3:19-cv-50306 | Garcia v. Muller-Pinehurst Dairy, Inc. et al |
| 3:19-cv-50319 | Chambers v. Mayberry et al |
| 3:20-cv-50049 | Phommachanh v. Woodward Inc. |
| 3:20-cv-50050 | Ruffin v. Dennison |
| 3:20-cv-50054 | Sims v. Nascote Industries, Inc |
| 3:20-cv-50056 | MSP Recovery Claims, Series LLC et al v. Mallinckrodt Ard Inc., et al |
| 3:20-cv-50063 | Clark v. Ogle County et al |
| 3:20-cv-50097 | People of The State of Illinois v. Babe |
| 3:20-cv-50109 | Putco, Inc. v. Carjamz Com Inc. |
| 3:20-cv-50113 | Trexler v. City of Belvidere et al |
| 3:20-cv-50153 | The Beloved Church et al v. Pritzker et al |
| 3:20-cv-50261 | Anderson v. Kohl's Department Stores, Inc. |
| 3:20-cv-50286 | Hill et al v. Mercy Health System Corporation et al |
| 3:20-cv-50316 | McDowell v. City of Dekalb et al |
| 3:20-cv-50331 | Adams v. Stephenson County |
| 3:20-cv-50357 | Green v. Rivers et al |
| 3:20-cv-50359 | Bowers v. Mlotshwa et al |
| 3:20-cv-50370 | Chambers v. Rivers et al |

**Civil Cases Reassigned to Judge Johnston from Judge Lefkow**

| | |
|---|---|
| 3:16-cv-50103 | Jankowski v. Dean Foods |
| 3:19-cv-50231 | Jarrell et al v. 3M Company et al |
| 3:20-cv-50022 | Fitters v. Dean Foods Company et al |
| 3:20-cv-50106 | Central Laborers' Pension Fund et al v. Law Excavating Inc. et al |
| 3:20-cv-50372 | Hudson v. Saul |

**Civil Cases Reassigned to Judge Johnston from Judge Leinenweber**

| | |
|---|---|
| 3:17-cv-50218 | Monroe v. Varga et al |
| 3:20-cv-50034 | Specialty Screw Corporation v. High Performance Holdings, Ltd. |
| 3:20-cv-50125 | Rinaldo v. C R Bard Incorporated et al |
| 3:20-cv-50288 | Robinson et al v. Walgreen Co |
| 3:20-cv-50340 | Bankers Life and Casualty Company v. Derouin et al |

**Civil Cases Reassigned to Judge Johnston from Judge Pallmeyer**

| | |
|---|---|
| 1:17-cv-04663 | Schroeder et al v. Rauner et al |
| 1:18-cv-07170 | Villalobos v. Boyd et al |
| 3:16-cv-50310 | National Institute of Family and Life Advocates et al v. Bruce Rauner et al |
| 3:17-cv-50307 | Doe v. Community Unit School District No. 428 et al. |
| 3:17-cv-50373 | Malone et al v. McHenry County et al |
| 3:17-cv-50388 | Williams v. Milne et al |
| 3:18-cv-50241 | Eagan v. Newman et al |
| 3:18-cv-50255 | Lopez v. Lashbrook et al |
| 3:18-cv-50277 | Ford v. Rivas et al |
| 3:19-cv-50037 | Covelli v. Varga et al |
| 3:19-cv-50056 | Ford v. Winnebago County et al |
| 3:19-cv-50109 | Ainley v. Korn |
| 3:19-cv-50221 | Hernandez v. Wal-Mart Stores, Inc. |
| 3:19-cv-50257 | Landis v. Murton et al |
| 3:19-cv-50275 | Gatewood v. Varga et al |
| 3:20-cv-50007 | Silva v. Read |
| 3:20-cv-50030 | Dorsey v. Varga et al |
| 3:20-cv-50041 | Ponder v. County of Winnebago et al |
| 3:20-cv-50116 | Rinaldi v. Gibbons et al |
| 3:20-cv-50121 | Jordan v. Sawyor et al |
| 3:20-cv-50168 | Landis v. Rivers et al |
| 3:20-cv-50174 | Assaye v. Rivers et al |
| 3:20-cv-50180 | Van Sach v. Department of Justice et al |
| 3:20-cv-50200 | Johal v. Board of Trustees of University of Illinois |
| 3:20-cv-50211 | Jordan v. Samuels, Jr. et al |
| 3:20-cv-50241 | Williams v. Rivers et al |
| 3:20-cv-50263 | Jackson v. Nottmeier |
| 3:20-cv-50282 | Thomas v. Geiken et al |
| 3:20-cv-50297 | Jordan v. Rivers et al |
| 3:20-cv-50308 | Shuhaiber v. Sitke et al |
| 3:20-cv-50330 | Clemons v. Wexford Health Sources et al |
| 3:20-cv-50368 | Banks v. Williams et al |

**Civil Cases Reassigned to Judge Johnston from Judge Tharp**

| | |
|---|---|
| 1:17-cv-08023 | Smith v. De-Los-Santos et al |
| 1:19-cv-00598 | Thompson v. Caruana et al |
| 1:19-cv-05120 | Atain Specialty Insurance Company v. The Sandwich Fair Association, Inc. et al |
| 1:20-cv-00111 | Graham v. Mercado et al |
| 3:15-cv-50277 | Bernard v. Scott et al |
| 3:16-cv-50318 | Sawyer et al v. Lee County et al |
| 3:17-cv-50161 | Ralston v. Rauner et al |
| 3:17-cv-50185 | Langdon v. ServiCom, LLC |
| 3:17-cv-50320 | Fritz v. S.S.A. |
| 3:17-cv-50340 | Thrower v. Allen et al |
| 3:17-cv-50355 | Mohandie v. Varga et al |
| 3:18-cv-50088 | Daugherty v. McCluskey et al. |
| 3:18-cv-50141 | Adams v. Egbe et al |
| 3:18-cv-50164 | Martinez v. Majhea et al. |
| 3:18-cv-50231 | Kasper v. Varga |
| 3:18-cv-50269 | McAdory v. Caruana et al |
| 3:18-cv-50275 | Martin v. FCA US LLC et al |

7

| | |
|---|---|
| 3:18-cv-50345 | Buffkin v. Halfarace |
| 3:18-cv-50360 | Richter v. LG Chem Michigan, Inc. |
| 3:19-cv-50081 | Sims v. Shaver et al |
| 3:19-cv-50120 | Pennie v. City of Rockford et al |
| 3:19-cv-50121 | Frazier v. Wexford Health Sources, Inc. et al |
| 3:19-cv-50152 | Neal v. Hudson |
| 3:19-cv-50193 | Construction Industry Retirement Fund of Rockford, Illinois, The et al v. EC of Kankakee County, Inc. |
| 3:19-cv-50247 | Chambers v. Hudson |
| 3:19-cv-50282 | Rodriguez v. Hernandez et al |
| 3:19-cv-50299 | Davis et al v. CitiMortgage, Inc. |
| 3:19-cv-50331 | Chambers v. Rivers |
| 3:19-cv-50334 | Marsden v. Kishwaukee Community College et al |
| 3:19-cv-50336 | Valdivia v. Menard Inc. |
| 3:20-cv-50009 | Chambers v. Rivers |
| 3:20-cv-50060 | Campbell v. Rivers |
| 3:20-cv-50068 | Handel v. MacLean-Fogg Component Solutions, LLC |
| 3:20-cv-50079 | McDaniel v. Target Corporation, a foreign corporation d/b/a Target Stores |
| 3:20-cv-50102 | Light House Church AG of McHenry, Illinois v. Village of Johnsburg |
| 3:20-cv-50127 | My ROI Marketing Systems, Inc. v. Regenerative Health 360 LLC |
| 3:20-cv-50130 | Allen v. Rasmussen College |
| 3:20-cv-50135 | Chambers v. Rivers |
| 3:20-cv-50148 | Chambers v. Rivers |
| 3:20-cv-50154 | Flemming v. Varga et al |
| 3:20-cv-50158 | Massenburg v. Pritzker et al |
| 3:20-cv-50185 | Alvarado v. Hudson |
| 3:20-cv-50212 | Morris v. Commissioner Social Security Administration |
| 3:20-cv-50223 | Pioneer Hi-Bred International Inc et al v. Kaus Seed Inc et al |
| 3:20-cv-50225 | Moore v. Napleton Auto Werks, Inc. |
| 3:20-cv-50243 | Republic Technologies (NA), LLC et al v. J & F Tobacco Co et al |
| 3:20-cv-50299 | Nissan v. Jacobs Engineering Group, Inc. et al |
| 3:20-cv-50302 | Chambers v. Rivers |
| 3:20-cv-50313 | Georgeff v. Don Borneke Construction, Inc |
| 3:20-cv-50323 | Schlader v. Saul |
| 3:20-cv-50334 | Colon v. Jeffreys et al |
| 3:20-cv-50337 | Fonville v. Rivers |
| 3:20-cv-50338 | Schlader v. Saul |
| 3:20-cv-50366 | Thompson v. Saul |