**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Western Division**

David Boveri
                Plaintiff,

v.   Case No.: 3:19−cv−50226
    Honorable Iain D. Johnston

ConsenSys, Inc.
                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, October 22, 2020:


    MINUTE entry before the Honorable Lisa A. Jensen: Telephonic status conference held on 10/22/2020. By 11/5/2020, plaintiff is ordered to respond to defendant's outstanding discovery requests. Additionally, the parties are ordered to meet and confer to discuss and submit a proposed joint revised case management order using the form found on Judge Jensen's webpage by 11/5/2020. If the Court agrees with the proposed schedule, the Court will adopt those dates and enter a revised case management order. If the Court doesn't agree with the proposed schedule, a telephonic status conference will be set at a later date. Mailed notice (jp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.