# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

David Boveri
                    Plaintiff,

v.
                                    Case No.: 3:19−cv−50226
                                    Honorable Iain D. Johnston

ConsenSys, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2020:

      MINUTE entry before the Honorable Lisa A. Jensen: The parties' proposed case management order [31] is adopted as modified: 3 depositions per side limited to 7 hours each; Rule 26(e) supplements by 1/18/2021; fact discovery ends 2/17/2021; retained expert and dispositive motion deadlines are reserved. A telephonic hearing on the status of discovery is set for 2/11/2021 at 9:00 AM. Public access is available via the following call−in number: (877) 336−1831 with access code 2813746. Plaintiff David Boveri and defense counsel are directed to appear. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Plaintiff is to appear and participate in the telephonic hearing by using the call−in number above. The Clerk is directed to mail a copy of this order to Plaintiff. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.