**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

DAVID BOVERI                      )

                                  )

               Plaintiff,          )       Case Number: 19-cv-50226

                                  )

         v.                    )       Judge: Hon. Lisa A. Jensen

                                  )

CONSENSYS, INC.                )

                                  )

             Defendant      )

## NOTICE OF MOTION

**TO:**   David Boveri (plaintiff appearing pro se)
        3230 Sycamore Rd., Suite 168
        Dekalb, IL 60115

**PLEASE TAKE NOTICE** that on **February 2, 2021** at **10:00 am,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Lisa A. Jensen or any judge sitting in her stead via telephonic hearing (pursuant to Judge Jensen's individual rules) and shall present the following motion attached hereto**:**

**Defendant's Motion to Compel Discovery and For Sanctions**

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, I provided service to the person or persons listed above by the following means: ECF, Email (daiv.boveri@gmail.com), and Certified Mail.

Signature:    /s/ Scott M. Cooper               Date:  January 27, 2021

Name (Print):  Scott M. Cooper (admitted pro hac vice)

Address:     Davis Wright Tremaine LLP         Phone: 212-603-6478

              1251 Avenue of the Americas, 21st Floor

              New York, NY 10020