# EXHIBIT E

Document #: 34-5 Filed: 01/27/21 Page 2







Document #: 34-5 Filed: 01/27/21 Page 5



61 likes

lastnightsfun I just can't get past ppl sleeping every night to figure out if @runsonscience is a morning lark or a night owl

View all 2 comments

November 10, 2020





Document #: 34-5 Filed: 01/27/21 Page 8







13 likes

**lastnightsfun** I don't get it but whatever I need to do I'm gonna do

View all 3 comments

November 12, 2020



Document #: 34-5 Filed: 01/27/21 Page 1









Document #: 34-5 Filed: 01/27/21 Page 1











