# EXHIBIT H





LASTNIGHTSFUN
**Posts**

< Follow

lastnightsfun · Original Audio



12 likes

lastnightsfun My most popular Tiktok ever. I don't get it either #comedy

View 1 comment

November 30, 2020





lastnightsfun · Original Audio

16 likes

lastnightsfun How to caption ur videos this fine Christmas Day 🎄🎁

View all 2 comments

December 25, 2020

