UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DAVID BOVERI,<br><br>          Plaintiff,<br><br>    - v –<br><br>CONSENSYS, INC.,<br><br>          Defendant. | Case No. 3:19-cv-50226<br><br>Hon. Lisa A. Jensen |

**MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS**

Defendant Consensys, Inc., by and through its attorneys Davis Wright Tremaine LLP and Williams, Bax and Saltzman, P.C., file the instant Motion to Compel Discovery and for Sanctions, and states as follows:

1. Plaintiff has sued Defendant for various claims related to Plaintiff's former employment with Defendant. However, Plaintiff has failed to comply with numerous discovery deadlines, has failed to comply with the Court's Order of October 22, 2020, and, by his own admission, has failed to preserve certain responsive documents in a format that can be viewed and/or searched.

2. When the undersigned counsel sought to resolve the problems presented by Plaintiff's spoliation of evidence and noncompliance with discovery deadlines, Plaintiff went incommunicado. Even when the undersigned counsel attempted to schedule a Rule 37.2 meet-and-confer call, Plaintiff ignored said communications. Still, without a response from Plaintiff, the undersigned counsel placed a call to Plaintiff, whose voicemail box was full. The undersigned counsel informed Plaintiff of same via email, but Plaintiff has refused to communicate since November 20, 2020.

3.  Plaintiff's failure to comply with his discovery obligations, and his refusal to communicate with the undersigned counsel, has brought discovery in this matter to a standstill.

4. Defendant is filing herewith a memorandum of law and exhibits A-K in support of its motion.

WHEREFORE, Defendant respectfully requests that this Court enter an order directing Plaintiff (i) to produce the balance of his responsive documents consistent with the terms requested below, (ii) to pay Defendant's reasonable attorneys' fees incurred in connection with this motion, and advising Plaintiff that (iii) any additional failure to abide by discovery deadlines or Court orders will result in the dismissal of his claims with prejudice.

Respectfully Submitted,

**CONSENSYS, INC.**

By: /s/ Scott M. Cooper

Kerry Saltzman
WILLIAMS, BAX & SALTZMAN, P.C.
221 N. LaSalle St., Ste. 3700
Chicago, IL 60601
saltzman@wbs-law.com

Laura Sack
Scott M. Cooper
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
laurasack@dwt.com
scottcooper@dwt.com

## **CERTIFICATE OF SERVICE**

I, Scott M. Cooper, an attorney, certify that on this 27th day of January, 2021, a true and correct copy of the foregoing Motion to Compel Discovery and For Sanctions, was filed via the electronic filing system of the United States District Court for the Northern District of Illinois and will be served upon all attorneys of record and Plaintiff, who is appearing *pro se*.

/s/ Scott M. Cooper