# EXHIBIT B

| | |
|---|---|
| **From:** | Cooper, Scott |
| **Sent:** | Tuesday, November 17, 2020 8:28 AM |
| **To:** | daiv b. |
| **Cc:** | Sack, Laura |
| **Subject:** | RE: Boveri / ConsenSys amended response to defendant's interrogatories |

Mr. Boveri,

Once again, you have brought your own lawsuit to a standstill.

On October 22, the Court ordered you to "respond to defendant's outstanding discovery requests" by no later than November 4. On November 9, you served what appears to be a new set of written responses to Defendant's original document demands, in which you repeatedly reference a document production that, according to you, was to have been served "by November 13, 2020." However, today is November 17, and I have not received the production that you reference.

The last document that you produced in this matter is Boveri_235. If Boveri_235 represents the completion of your document production, then so state. If Boveri_235 is not meant to represent the completion of your document production, then so state, and immediately complete your document production. This is very straightforward – either (i) you have completed your document production or, alternatively, (ii) you have not completed your document production. Either way, you must immediately and affirmatively notify us of the status of your document production.

Scott Cooper

**From:** daiv b. <daiv.boveri@gmail.com>
**Sent:** Monday, November 09, 2020 9:00 AM
**To:** Cooper, Scott <ScottCooper@dwt.com>
**Subject:** Re: Boveri / ConsenSys amended response to defendant's interrogatories

**[EXTERNAL]**

Attached is the amended response to document production as well as BOVERI 0235, which is referenced in same. As requested, attached is a link to a Google Drive zip file entitled BOVERI02.zip that contains the second document production (Boveri 98–234).

 **BOVERI02.zip**

David Boveri

On Fri, Nov 6, 2020 at 1:37 PM Cooper, Scott <ScottCooper@dwt.com> wrote:

> Mr. Boveri,
>
>
> Thanks – I'll review. What about the completion of your document production?

Separately, the file you used to share your second document production (Boveri 98 – 234) is not available on Logikcull.  Please recirculate those documents – preferably as an attachment to an email, but if you'd like to produce via Logikcull, that's fine.



Thank you.



**From:** daiv b. <daiv.boveri@gmail.com>
**Sent:** Friday, November 06, 2020 1:06 AM
**To:** Cooper, Scott <ScottCooper@dwt.com>
**Cc:** Sack, Laura <LauraSack@dwt.com>; Kerry Saltzman <Saltzman@wbs-law.com>
**Subject:** Boveri / ConsenSys amended response to defendant's interrogatories


**[EXTERNAL]**

---

Mr. Cooper,

Attached is the amended responses to defendant's first set of interrogatories to address the deficiencies as mandated by the court on October 22, 2020.