# EXHIBIT E



Document #: 36-5 Filed: 01/27/21 Page 3













2:55

‹

LASTNIGHTSFUN
**Posts**

Follow



lastnightsfun
lastnightsfun · Original Audio

•••



♡  ⬚  ◁                                          🔖

**13 likes**

lastnightsfun I don't get it but whatever I need to do
I'm gonna do

View all 3 comments

November 12, 2020

    



lastnightsfun It was so satisfying I can't wait til it happens again







    











♡ ○ ◁                                                    ⊟

**10 likes**

lastnightsfun Anybody else still struggling? I hate
#daylightsavings #sleep #comedy

View all 4 comments

November 19, 2020



