# EXHIBIT H

6 Document #: 36-8 Filed: 01/27/21 Page






**lastnightsfun** My most popular Tiktok ever. I don't either #comedy



