IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID BOVERI | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 19-cv-50226 |
| | ) | |
| v. | ) | Judge: Hon. Lisa A. Jensen |
| | ) | |
| CONSENSYS, INC. | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF MOTION

**TO:** David Boveri (plaintiff appearing pro se)
3230 Sycamore Rd., Suite 168
Dekalb, IL 60115

**PLEASE TAKE NOTICE** that on **February 2, 2021** at **10:00 am,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Lisa A. Jensen or any judge sitting in her stead via telephonic hearing (pursuant to Judge Jensen's individual rules) and shall present the following motion attached hereto**:**

**Defendant's Motion to Compel Discovery and For Sanctions**

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, I provided service to the person or persons listed above by the following means: ECF, Email (daiv.boveri@gmail.com), and Certified Mail.

Signature: /s/ Scott M. Cooper                    Date: January 27, 2021

Name (Print): Scott M. Cooper (admitted pro hac vice)

Address:    Davis Wright Tremaine LLP                    Phone: 212-603-6478

1251 Avenue of the Americas, 21st Floor

New York, NY 10020