## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

David Boveri
                    Plaintiff,

v.                                        Case No.: 3:19−cv−50226
                                                      Honorable Iain D. Johnston

ConsenSys, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 3, 2021:

      MINUTE entry before the Honorable Lisa A. Jensen: Telephonic motion hearing held on 2/3/2021. Plaintiff failed to appear for today's hearing. Defendant's motion to compel and for sanctions [35] is entered and continued to a telephonic motion hearing on 02/17/2021 at 9:30 AM. Public access is available via the following call−in number: (877) 336−1831 with access code 2813746. Plaintiff David Boveri and defense counsel are directed to appear. Plaintiff's failure to appear in compliance with this Court's order may result in a report and recommendation that this case be dismissed for want of prosecution. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Plaintiff is to appear and participate in the telephonic hearing by using the call−in number above. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. The Clerk is directed to mail a copy of this order to Plaintiff. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.