# EXHIBIT A



Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610
T  206.622.3150
F  206.757.7700
Federal ID # 91-0839480
DWT.COM

ConsenSys
Attn: Matt Corva, Esq.
49 Bogart Street
Brooklyn, NY 11206

February 9, 2021
Invoice #6790913

**Matter Name**: D. Boveri
**Firm Matter Number**: 0107933.000004
**DWT Attorney**: Laura Sack (laurasack@dwt.com)

## Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 11,468.00 |
| Total Current Costs | 0.00 |
| **Total Amount Due This Invoice**     $ | **11,468.00** |

**PROFESSIONAL FEES RENDERED:**

| DATE | TIMEKEEPER | HOURS | NARRATIVE |
|---|---|---|---|
| 01/19/21 | S. Cooper | 4.50 | Conduct research in support of discovery motion; prepare discovery motion |
| 01/20/21 | S. Cooper | 2.70 | Prepare motion to compel discovery and for sanctions; conduct research in support of same |
| 01/21/21 | S. Cooper | 3.60 | Prepare discovery motion and send same to L. Sack for review |
| 01/22/21 | L. Sack | 0.70 | Review and revision of brief in support of motion to compel; email correspondence with S. Cooper regarding same; email correspondence with M. Corva regarding same |
| 01/22/21 | S. Cooper | 0.90 | Revise memorandum of law and send to M. Corva for review; email correspondence with M. local counsel regarding procedural requirements for filing |
| 01/26/21 | S. Cooper | 1.60 | Revise memorandum of law; compile images from Boveri's Instagram for use as exhibits; prepare exhibits in support of motion |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: ConsenSys
Firm Matter Number: 0107933.000004
DWT Attorney: Laura Sack



Invoice # 6790913
Page **2** of **3**

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 01/27/21 | S. Cooper | 2.40 | Prepare notice of motion and motion initiation documents; prepare exhibits in support of motion; attention to Northern District of Illinois rules regarding electronic filing of discovery motions; direct and facilitate electronic filing of motion to compel discovery and for sanctions |
| ■ | ■ | ■ | ■ |
| **TOTAL** | | 18.20 | |

| Timekeeper Summary | | | |
|---|---|---|---|
| **Timekeeper** | ■ | **Rate** | ■ |
| **PARTNER** | | | |
| Sack, L. | ■ | $785.00 | ■ |
| Total for Partner | ■ | | ■ |
| **COUNSEL** | | | |
| Cooper, S. | ■ | $630.00 | ■ |
| Total for Counsel | ■ | | ■ |
| **PARALEGAL** | | | |
| Franklin, T. | ■ | $355.00 | ■ |
| Total for Paralegal | ■ | | ■ |
| **TOTAL** | ■ | | ■ |

| TOTAL AMOUNT DUE THIS INVOICE | $ | 11,468.00 |
|---|---|---|

Thank you for choosing Davis Wright Tremaine

To ensure proper credit to your account,
please include remittance with your payment.



REMITTANCE



To ensure proper credit to your account,
please include remittance with your payment.



Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610
T  206.622.3150
F  206.757.7700
Federal ID # 91-0839480
DWT.COM

ConsenSys
Attn: Matt Corva, Esq.
49 Bogart Street
Brooklyn, NY 11206

March 10, 2021
Invoice #6798109

**Matter Name**: D. Boveri
**Firm Matter Number**: 0107933.000004
**DWT Attorney**: Laura Sack (laurasack@dwt.com)

## Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 7,927.50 |
| Total Current Costs | 0.00 |
| **Total Amount Due This Invoice** $ | **7,927.50** |

### Outstanding Invoices for This Matter as of: March 10, 2021

| Invoice | Date | Original Amount | Payments/Credits | Last Payment | Amount Due |
|---|---|---|---|---|---|
| 6790913 | 02/09/21 | 11,468.00 | 0.00 | | 11,468.00 |
| **Previous Balance Total** | | | | | 11,468.00 |
| 6798109 (This Invoice) | 03/10/21 | 7,927.50 | | | 7,927.50 |
| **Total Due This Matter** | | | | | **$19,395.50** |

### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | NARRATIVE |
|---|---|---|---|
| 02/02/21 | S. Cooper | 0.60 | Prepare for hearing related to discovery motion |
| 02/03/21 | L. Sack | 0.10 | Email correspondence with S. Cooper regarding hearing on motion and next steps |
| 02/03/21 | S. Cooper | 2.20 | Prepare for and attend telephonic court conference regarding discovery motion; provide update to M. Corva and M. Au |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: ConsenSys
Firm Matter Number: 0107933.000004
DWT Attorney: Laura Sack



Invoice # 6798109
Page **2** of **4**

| D<sub>ATE</sub> | T<sub>IMEKEEPER</sub> | H<sub>OURS</sub> | N<sub>ARRATIVE</sub> |
|---|---|---|---|
| 02/16/21 | L. Sack | 0.10 | Email correspondence with S. Cooper regarding strategy for court appearance on February 17 |
| 02/16/21 | S. Cooper | 0.20 | Prepare for hearing |
| 02/17/21 | L. Sack | 0.40 | Communications with S. Cooper and M. Corva regarding court appearance on discovery motion; review and analysis of minute entry regarding same |
| 02/17/21 | S. Cooper | 3.60 | Prepare for and attend multiple conferences with the court regarding discovery motion; email correspondence with court staff regarding same; email correspondence with M. Corva and M. Au to provide updates |
| ■■■ | ■■■ | ■■■ | ■■■ |
| 02/25/21 | L. Sack | 0.30 | Email correspondence with S. Cooper regarding status and strategy regarding discovery |
| 02/25/21 | S. Cooper | 2.50 | Prepare for and attend court conference regarding discovery motion; discuss same with L. Sack; prepare email to M. Corva summarizing same |
| ■■■ | ■■■ | | ■■■ |

**TOTAL**      **12.50**

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: ConsenSys
Firm Matter Number: 0107933.000004
DWT Attorney: Laura Sack



Invoice # 6798109
Page **3** of **4**

|  | TIMEKEEPER SUMMARY |  |  |  |
|---|---|---|---|---|
| **Timekeeper** |  | **Rate** |  |  |
| **PARTNER** |  |  |  |  |
| Sack, L. |  | $785.00 |  |  |
| **Total for Partner** |  |  |  |  |
| **COUNSEL** |  |  |  |  |
| Cooper, S. |  | $630.00 |  |  |
| **Total for Counsel** |  |  |  |  |
| **PARALEGAL** |  |  |  |  |
| March, R. |  | $335.00 |  |  |
| **Total for Paralegal** |  |  |  |  |
| **TOTAL** |  |  |  |  |

| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 7,927.50 |
|---|---|---|

Thank you for choosing Davis Wright Tremaine

To ensure proper credit to your account,
please include remittance with your payment.



REMITTANCE



To ensure proper credit to your account,
please include remittance with your payment.