# EXHIBIT B





## Scott M. Cooper

**COUNSEL**

**New York**
**T** 212.489.8230
**F** 212.489.8340

**E** scottcooper@dwt.com

**Education**

J.D., The George Washington University Law School

B.A., Labor Studies and Employment Relations, The Pennsylvania State University

**Admitted to Practice**

New York

New Jersey

Pennsylvania

U.S. District Court District of New Jersey

U.S. District Court Southern District of New York

U.S. District Court Eastern District of New York

U.S. Court of Appeals 2nd Circuit

U.S. Court of Appeals 3rd Circuit

Scott Cooper represents employers in disputes involving allegations of discrimination, retaliation, harassment, denial of leaves of absence and/or accommodations, wage-and-hour violations, and unfair competition. Scott helps clients resolve disputes in state and federal courts and administrative agencies throughout New York and New Jersey, and via arbitration, private mediation, and prelitigation negotiations.

In his counseling practice, Scott develops effective employment policies and protocols that help executives and staff manage risk and avoid litigation. He frequently advises on all aspects of the employment relationship, including employee discipline and termination, leaves of absence, and reasonable accommodations.

Scott represents employers ranging from large businesses to midsize and small organizations across all industries. They include: Alexander McQueen, Altice USA (formerly Cablevision), CBS Corporation, Cogent Entertainment Marketing, Gucci America Inc., Hawaiian Airlines Inc., HPS Investment Partners, LLC, Microsoft Corporation, St. John's University, and T-Mobile USA Inc.

## Practice Highlights

**Defending against claims of harassment, discrimination, and retaliation**

Representing employers by exposing the weaknesses in plaintiffs' claims, placing strategic pressure on adversaries, and bringing about resolution either through dispositive motion practice or, alternatively, settlement on terms that meet the client's strategic objectives.

**Unfair competition**

Representing employers and individuals in high-stakes lawsuits in connection with employee movement, competition, and solicitation.

## Experience

### Discrimination/retaliation litigation for large broadcasting company

Defending large broadcasting company against claims of former employee who alleges discrimination, harassment, retaliation, and unlawful disparate pay practices. (Ongoing)

### Employee raiding and trade secrets litigation for U.S. subsidiary of global freight forwarding company

Defending freight forwarder and individual employees in unfair competition lawsuit filed by the individual employees' former employer. (Ongoing)

### Retaliation/harassment litigation for upscale fashion brand



Defended company in multi-plaintiff litigation where plaintiffs alleged pervasive harassment and retaliation for complaining of same. Limited plaintiffs' arguments through multi-day deposition, and resolved claims at private mediation on terms favorable to the client. (2017)

---

### Discrimination/harassment litigation for nationwide broadcast network

Defended large broadcasting company against claims of discrimination, harassment, retaliation, and wage-and-hour violations. Resolved case at private mediation on terms favorable to the client. (2016)

---

### Disability discrimination and wage-and-hour litigation for family investment office and high net-worth individual owner

Defended family investment office and high net-worth individuals against claims of disability and associational disability discrimination, retaliation, and wage-and-hour violations. Resolved case at court conference on terms favorable to the client. (2015)

## Background

- Associate, Vedder Price P.C., New York, N.Y., 2014-2015
- Associate, Fox Rothschild LLP, Roseland, N.J., 2011-2014

## Insights

Washington, D.C., Passes Sweeping Ban on Non-Compete Clauses and Policies, 01.14.21

Reminder: Accrual and Recordkeeping Requirements Under New York State Sick Leave Law Take Effect on September 30, 09.18.20

New York Issues Guidance for Phase 4 Reopening, Scheduled to Begin in Some Regions on June 26, 06.25.20

New Jersey Commences First Stage in Economic "Road Back", 05.20.20

New York City Issues Order Permitting Self-Certification for Employees to Be Eligible for New York State Quarantine Leave, 05.14.20

N.Y. Employers Must Record and Maintain Sick Leave Data, Beginning September 30, 2020, 05.06.20

New Jersey Further Amends Its Mini-WARN Act in Light of COVID-19, 04.15.20

New York Passes Budget With Permanent Paid Sick Leave, Available as of January 1, 2021, 04.06.20

New York State Provides Guidance for Obtaining Orders of Quarantine or Isolation, and Specifies Options for Employees Who Cannot Timely Do So, 04.01.20

New York Issues Online Information and Forms Regarding New Quarantine Leave Law, 03.26.20

N.Y. Enacts Law to Protect Employees and Their Incomes Amid COVID-19 Uncertainty, 03.19.20

N.Y. Governor Announces Legislation Agreement to Protect Employees in State and Their Incomes Amid COVID-19 Uncertainty, 03.18.20