# EXHIBIT C





## Laura Sack

PARTNER

**New York**
**T** 212.489.8230
**F** 212.489.8340

Co-Leader, East Coast Labor and Employment Law Practice

**E** laurasack@dwt.com

### Education

J.D., Yale Law School, 1991

A.B., Brown University, 1988, magna cum laude
Phi Beta Kappa

### Admitted to Practice

New York, 1992

U.S. District Court Southern District of New York, 1993

U.S. District Court Eastern District of New York, 1993

U.S. District Court Western District of New York, 2008

U.S. Court of Appeals 2nd Circuit, 2000

U.S. Court of Appeals 6th Circuit, 2006

### My mission is to help solve employers' workplace-related challenges so their businesses can thrive.

Laura Sack helps employers of every size, in virtually every industry across the U.S., to create and implement employment-related practices that are legally compliant and that advance the client's business objectives.

Drawing heavily on her own experience as in-house labor and employment counsel, Laura prides herself on delivering prompt advice to management that is practical and tailored to each client's unique work environment and management ethos. Her advice is guided by her deep knowledge of relevant labor and employment laws, her unbridled curiosity about each employer's unique work environment and culture, and her finely tuned instincts, which in turn draw upon her nearly 30 years of experience representing management in connection with workplace matters.

Laura represents employers in employment-related litigation in state and federal courts, at arbitration and before administrative agencies, and she designs and delivers workplace training programs on an array of topics, including anti-harassment training. She drafts and negotiates all manner of personnel-related agreements, including employment and consulting agreements, separation agreements, and settlement agreements. Laura also conducts sensitive investigations into complaints of alleged wrongdoing by senior executives and others, often at the behest of the client's board of directors and/or general counsel.

Laura's fierce dedication to her clients and to her craft have earned her accolades. For years, she has held an "AV Preeminent" Peer Ranking from Martindale-Hubbell. Clients recently reported to Chambers USA that Laura is "above and beyond in responsiveness and ability to talk through situations in a down-to-earth and understandable language," and that she is "incredibly smart, quick-witted, funny, and fearless." Laura was elected in 2018 as a Fellow of the College of Labor and Employment Lawyers, and she is a member of the American Employment Law Council, an invitation-only organization limited to the nation's top labor and employment attorneys and in-house counsel.

## Practice Highlights

**Counseling/compliance**

Helping employers navigate the ever-changing kaleidoscope of federal, state and local laws governing their workplaces. Supporting management and human resources with prompt, practical and effective advice at every stage of the business life cycle. Conducting workplace training that works, because it is attention-grabbing and thoughtfully tailored to each employer's unique work environment. Deftly investigating workplace complaints and concerns, often where senior executives or other key personnel have been implicated.

**Negotiating/drafting**



Helping employers to on-board executives and other key personnel by negotiating and drafting employment agreements that appropriately protect the employer's interests, while simultaneously meeting the parties' goal of coming to terms quickly. Helping employers transition personnel out without acrimony. Settling employment disputes creatively and efficiently.

**Litigation**

Successfully defending employment-related cases in every forum, from single-plaintiff EEO cases to wage/hour class and collective actions.

## Experience

## Representative Litigation Experience

### Grant v. Warner Music Group*

Successfully opposing plaintiff's motion for leave to file a late jury demand in an FLSA collective action filed by an unpaid intern. *Grant v. Warner Music Group Corp.,* No. 13 Cir. 4449 (PGG), (S.D.N.Y), decision issued September 12, 2014

### Henry v. Warner Music Group*

Successfully opposed plaintiff's motion to remand to New York state court a putative class action filed on behalf of unpaid interns, which had been removed to federal court under the Class Action Fairness Act. *Henry v. Warner Music Group Corp.*, 2014 WL 1224575 (S.D.N.Y. March 24, 2014)

### Waumboldt v. Callimanopulos*

Successfully moved to compel arbitration of employment-related claims that were filed in federal court in violation of a dispute resolution agreement contained in the employer's personnel manual. *Waumboldt v. Callimanopulos*, 11 Civ. 7416 (TPG) (S.D.N.Y. Aug. 20, 2012)

### Woodard v. TWC Media Solutions, Inc.*

Obtained dismissal on summary judgment of a federal complaint against The Weather Channel ("TWC") alleging harassment and discrimination on the basis of race and gender (including disparate pay, wrongful discharge, and retaliation claims), following the EEOC's finding of "reasonable cause" against TWC with regard to those claims. *Woodard v. TWC Media Solutions*, Inc., 2011 U.S. Dist. LEXIS 1536 (S.D.N.Y. Jan. 3, 2011). The dismissal was subsequently affirmed by the 2nd Circuit Court of Appeals. 2012 U.S. App. LEXIS 13656 (2d Cir. July 5, 2012)

### Counts v. Kraton Polymers US, LLC*

Obtained dismissal on summary judgment of a federal complaint filed in the Southern District of Ohio alleging age discrimination, retaliation, breach of contract, and promissory estoppel. The dismissal was subsequently affirmed by the 6th Circuit Court of Appeals. *Counts v. Kraton Polymers US, LLC*, 2006 U.S. Dist. LEXIS 6531 (S.D. Ohio Sept. 13, 2006), aff'd. at 260 Fed. Appx. 825 (6th Cir. 2008)

### Sgarlata v. Viacom, Inc.*

Obtained dismissal on summary judgment of a federal complaint alleging discrimination and harassment on the basis of age, race, sex, and disability; retaliation; interference with FMLA rights; and intentional infliction of emotional distress. *Sgarlata v. Viacom, Inc.*, 2005 U.S. Dist. LEXIS 4435 (S.D.N.Y. March 21, 2005)



### Estep v. St. John's University*

Obtained dismissal prior to discovery of a federal sex and race discrimination action where the plaintiff had signed an employment agreement containing an arbitration provision. *Estep v. St. John's University*, Index No. 1:03-cv-00367 (E.D.N.Y. Sept. 23, 2003)

### Rabel v. Am. Bldg. Maint.*

Obtained a 2nd Circuit Court of Appeals decision affirming a lower court's dismissal on summary judgment of a complaint alleging race discrimination and retaliation. *Rabel v. Am. Bldg. Maint.*, 81 Fed. Appx. 383 (2d Cir. 2003)

### Goel v. Indotronix Int'l. Corp.*

Obtained dismissal of a breach of contract action filed in New York state court by a former in-house lawyer. The dismissal was subsequently affirmed on appeal. *Goel v. Indotronix Int'l. Corp.*, 293 A.D.2d 648 (2d Dep't 2002)

### Keady v. Nike, Inc.*

Obtained dismissal prior to discovery of a lawsuit alleging violation of the plaintiff's federal civil rights, criminal conspiracy to deprive him of those rights, defamation, religious discrimination in violation of state and local law, and breach of contract. The 2nd Circuit Court of Appeals subsequently confirmed that the plaintiff had no viable federal claims. *Keady v. Nike, Inc.*, 116 F. Supp. 2d 428 (S.D.N.Y. 2000), aff'd. at 23 Fed. Appx. 29 (2d Cir. 2001)

*Denotes experience prior to joining Davis Wright Tremaine

## Memberships & Affiliations

- Member, Board of Directors, The Coalition of Women's Initiatives in Law (New York Chapter)
- Past Member, Sex and Law Committee of the New York City Bar Association
- Past Member, Editorial Advisory Board of Employment Law 360
- Volunteer Team Leader, NY Cares

## Professional Recognition

- Received the "Willard J. Wright Award for Outstanding Civic Activity," Davis Wright Tremaine, 2020
- Named Fellow of the American Bar Foundation, 2019
- Named Fellow of the College of Labor and Employment Lawyers, 2018
- Selected to Best Lawyers list of "Women of Influence," 2017
- AV Preeminent Peer Rating, Martindale-Hubbell
- Named one of "America's Leading Lawyers for Business," in Labor and Employment (New York) by Chambers USA, 2018-2020
- Selected to "New York Super Lawyers," Thomson Reuters
- Selected to "Super Lawyers 2018 New York Metro Area Annual List of Top Women Attorneys," Thomson Reuters
- Included in "Employment Law – Management" and "Labor Law – Management," Best Lawyers in America

## Background

- Shareholder, Chair of New York Labor and Employment Practice Group, Vedder Price, New York, N.Y., 2009-2014
- Partner, Kauff McClain & McGuire LLP, New York, N.Y., 1998-2009
- Senior Attorney, Human Resources Counsel, Witco Corporation, Greenwich, Connecticut, 1997-1998
- Attorney, Simpson Thacher & Bartlett LLP, New York, N.Y., 1992-1997
- Law Clerk, Honorable Raymond J. Pettine, U.S. District Court Judge, Rhode Island District, 1991-1992



## Insights

Phase 1 in Connecticut's Reopening Process Begins May 20, 05.19.20

The Long PAUSE: New York State to Reopen in Four Phases, 05.05.20

Davis Wright Tremaine Recognized by Chambers USA for Industry-Leading Excellence in Key Practice Areas, 04.28.20

NYC Council Proposes Bills Providing Just Cause Discharge Requirements and Premium Pay for Essential Businesses and Expanding Paid Sick Time, 04.24.20

New York State Provides Guidance for Obtaining Orders of Quarantine or Isolation, and Specifies Options for Employees Who Cannot Timely Do So, 04.01.20

New York Issues Online Information and Forms Regarding New Quarantine Leave Law, 03.26.20

Connecticut and New Jersey Executive Orders on COVID-19 Business Closures, 03.23.20

All Non-Essential Employees Across New York State Required to Stay Home, 03.20.20

N.Y. Enacts Law to Protect Employees and Their Incomes Amid COVID-19 Uncertainty, 03.19.20

N.Y. Governor Announces Legislation Agreement to Protect Employees in State and Their Incomes Amid COVID-19 Uncertainty, 03.18.20

Connecticut Enacts Sweeping Legislation Addressing Workplace Harassment, 10.08.19

Governor Cuomo Signs Legislation Significantly Expanding Employee Rights Under the New York State Human Rights Law, 08.14.19