# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BOVERI, | |
| Plaintiff, | Case No. 19-cv-50226 |
| v. | Hon. Lisa A. Jensen |
| CONSENSYS, INC., | |
| Defendant. | |

## AGREED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

NOW COMES Defendant CONSENSYS, INC. ("ConsenSys"), by and through its attorneys, Davis Wright Tremaine LLP and Williams, Box & Saltzman, P.C., moves this honorable Court for an extension of time to complete discovery until May 19, 2021, and for an adjournment of the status conference currently scheduled for April 19, 2021.

1. The current deadline for the completion of discovery in this matter is April 19, 2021.

2. Defendant has not previously moved for an extension of the time to complete discovery in this matter, but the Court has twice entered orders extending the parties' time for the completion of discovery.

3. Most recently, during a February 25, 2021 telephonic hearing regarding Defendant's discovery motion, the Court ordered that the discovery end date be extended from February 17 to April 19, 2021.

4. The requested extension is necessary for the undersigned to review Plaintiff's most recent 6,000-page document production in advance of Plaintiff's deposition.

5. The undersigned corresponded with Plaintiff on April 5, 2021, to ask if he would consent to the relief requested herein. Plaintiff gave his consent later that day, and is agreeable to the relief sought in this motion.

6. This motion is made in good faith and not to hinder or delay these proceedings.

7. No party will be prejudiced by granting of this motion.

WHEREFORE, ConsenSys respectfully requests that this Court grant this motion and enter an order extending discovery until May 19, 2021, and adjourn the status conference currently scheduled for April 19, 2021 to May 17, 2021 or later.

Respectfully submitted,

Dated: April 8, 2021

/s/ Scott M. Cooper
Kerry E. Saltzman (ARDC No. 6191194)
WILLIAMS, BAX & SALTZMAN, P.C.
Attorneys for Defendant
221 N. LaSalle St., Ste. 3700
Chicago, IL 60601

Laura Sack (admitted pro hac vice)
Scott M. Cooper (admitted pro hac vice)
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
1251 Avenue of the Americas, 21st Floor
New York, New York 10020

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that on this 8th day of April, 2021, he caused true and correct copies of the foregoing Agreed Motion For Extension Of Time To Complete Discovery to be served on Plaintiff, appearing *pro se*, via the Court's ECF system and via email:

David Boveri (Plaintiff appearing pro se)
3230 Sycamore Rd.
Suite 168
DeKalb, IL 60115
E: daiv.boveri@gmail.com

/s/ Kerry E. Saltzman
Kerry E. Saltzman (ARDC No. 6191194)
WILLIAMS, BAX & SALTZMAN, P.C.
Attorneys for Defendant
221 N. LaSalle St., Ste. 3700
Chicago, IL 60601
(312) 372-3311

Laura Sack (admission *pro hac vice* pending)
Scott M. Cooper (admission *pro hac vice* pending)
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
(212) 489-8230