UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BOVERI, <br><br> Plaintiff, <br><br> v. <br><br> CONSENSYS, INC., <br><br> Defendant. | Case No. 19-cv-50226 <br><br> Hon. Lisa A. Jensen |

## NOTICE OF MOTION

**TO:** David Boveri (Plaintiff appearing pro se)
3230 Sycamore Rd.
Suite 168
DeKalb, IL 60115
E: daiv.boveri@gmail.com

**PLEASE TAKE NOTICE** that on April 16, 2021 at 10:00 AM, I shall appear before the Honorable Judge Lisa A. Jensen or any judge sitting in her stead via telephonic or video conference hearing, in accordance with General Order 20-0012 and the standing order of Judge Lisa A. Jensen, and shall then and there present the "Agreed Motion For Extension Of Time To Complete Discovery," a copy of which is hereby served upon you.

Respectfully Submitted,

/s/ Kerry E. Saltzman
Kerry E. Saltzman (ARDC No. 6191194)
WILLIAMS, BAX & SALTZMAN, P.C.
Attorneys for Defendant
221 N. LaSalle St., Ste. 3700
Chicago, IL 60601
(312) 372-3311

Laura Sack (admission *pro hac vice* pending)
Scott M. Cooper (admission *pro hac vice* pending)
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
(212) 489-8230

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that on this 8th day of April, 2021, he caused true and correct copies of the foregoing "Agreed Motion For Extension Of Time To Complete Discovery" and notice of the same to be served on Plaintiff, appearing *pro se*, via the Court's ECF system and via email:

David Boveri (Plaintiff appearing pro se)
3230 Sycamore Rd.
Suite 168
DeKalb, IL 60115
E: daiv.boveri@gmail.com

/s/ Kerry E. Saltzman
Kerry E. Saltzman (ARDC No. 6191194)
WILLIAMS, BAX & SALTZMAN, P.C.
Attorneys for Defendant
221 N. LaSalle St., Ste. 3700
Chicago, IL 60601
(312) 372-3311


Laura Sack (admission *pro hac vice* pending)
Scott M. Cooper (admission *pro hac vice* pending)
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
(212) 489-8230