## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

David Boveri
                     Plaintiff,

v.                                      Case No.: 3:19−cv−50226
                                            Honorable Iain D. Johnston

ConsenSys, Inc.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 9, 2021:

     MINUTE entry before the Honorable Lisa A. Jensen: Defendant's motion for extension of time [44] is granted in part and denied in part. The fact discovery deadline is extended to 5/19/2021. Retained expert and dispositive motion deadlines remain reserved. The motion hearing set for 4/16/2021 is stricken and no appearances are required on that date. However, the Court will proceed with the status hearing previously scheduled for 4/19/2021 at 9:15 AM. Plaintiff David Boveri and defense counsel are directed to appear. Plaintiff's response to Defendant's affirmation in support of the request for attorney's fees [43] remains due by 4/9/2021. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.