

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Scott M. Cooper**
212.603.6478 tel

scottcooper@dwt.com

April 27, 2021

**Via ECF**

Hon. Lisa A. Jensen
United States Magistrate Judge
United States District Court
Northern District of Illinois
Stanley J. Roszkowski United States Courthouse
327 South Church Street
Rockford, IL 61101

    Re:    *Boveri v. ConsenSys, Inc.*
              19-cv-50226 (IDJ) (LAJ)

Dear Judge Jensen:

    As counsel for Defendant, I write to advise the Court regarding plaintiff David Boveri's ("Boveri") continued failure to comply with Court-imposed deadlines.

    Notwithstanding Boveri's inexplicable failure to respond by April 9 to Defendant's application for fees (pursuant to the Court's March 26 Order (Dkt. No. 42)), on April 19, the Court extended Boveri's deadline to April 26. Your Honor characterized the new deadline of April 26 as Boveri's <u>final opportunity</u> to oppose Defendant's application for fees. That deadline has now passed, and Boveri has <u>again</u> failed to submit any opposition to Defendant's fee application. As such, Defendant's application for $9,920 in attorneys' fees pursuant to Your Honor's March 26 Order is unopposed, and we respectfully submit that it should now be granted.

    Thank you for your consideration.

                                              Respectfully submitted,

                                              /s/ Scott M. Cooper

cc: David Boveri (*via ECF*)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.