# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

David Boveri
                    Plaintiff,

v.                                             Case No.: 3:19−cv−50226
                                                    Honorable Iain D. Johnston

ConsenSys, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 17, 2021:

    MINUTE entry before the Honorable Lisa A. Jensen: Telephonic status conference held on 5/17/2021 on the status of discovery. Plaintiff did not appear to today's hearing. Fact Discovery is closed. Defendant states his intention to file a motion for summary judgment. By 5/24/2021, the parties are directed to consult Judge Johnston's standing order on summary judgment found on his webpage and schedule a prefiling conference referenced therein. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.