

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Scott M. Cooper**
212.603.6478 tel

scottcooper@dwt.com

June 1, 2021

**Via ECF**

Hon. Lisa A. Jensen
United States Magistrate Judge
United States District Court
Northern District of Illinois
Stanley J. Roszkowski United States Courthouse
327 South Church Street
Rockford, IL 61101

    Re:    *Boveri v. ConsenSys, Inc.*
            19-cv-50226 (IDJ) (LAJ)

Dear Judge Jensen:

    As counsel for Defendant, I write to report – in accordance with the Court's Order of May 17, 2021 (Dkt. No. 50) – that the parties have agreed in writing to the terms governing Plaintiff's obligation to pay $9,920 in monetary sanctions to Defendant.

    Thank you for your consideration.

                              Respectfully submitted,

                              /s/ Scott M. Cooper

cc: David Boveri (*via ECF*)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.