# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

David Boveri
                         Plaintiff,

v.                                               Case No.: 3:19−cv−50226
                                                             Honorable Iain D. Johnston

ConsenSys, Inc.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 2, 2021:

      MINUTE entry before the Honorable Iain D. Johnston: A telephonic summary judgment prefiling conference is set for 6/25/2021 at 11:00 AM. Plaintiff and defense counsel of record will receive an email a day before the telephonic hearing with instructions to join the call. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.