# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

David Boveri

                Plaintiff,

v.

                Case No.: 3:19–cv–50226

                Honorable Iain D. Johnston

ConsenSys, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 25, 2021:

      MINUTE entry before the Honorable Iain D. Johnston: Informal summary judgment prefiling conference held on 6/25/2021. Plaintiff stipulates to not proceeding on the FLSA claim. Defendant's motion for summary judgment shall be filed by 8/23/2021. The motion presentment is waived. Plaintiff's responses and additional statement of facts shall be filed by 9/24/2021. Defendant's reply shall be filed by 10/12/2021. Mailed notice. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.