UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BOVERI,<br><br>        Plaintiff,<br><br>v.<br><br>CONSENSYS, INC.,<br><br>        Defendant. | Case No. 19-cv-50226 (IDJ) (LAJ) |

## MOTION FOR SUMMARY JUDGMENT

Defendant ConsenSys, Inc. ("ConsenSys"), by and through its attorneys Davis Wright Tremaine LLP and Williams, Bax and Saltzman, P.C., files the instant Motion for Summary Judgment, and states as follows:

1. Plaintiff has sued ConsenSys for various claims alleging disability discrimination, a supposed failure to accommodate his disability, and what Plaintiff characterizes as negligent records retention practices.[1] However, after nearly 18 months of discovery, the record contains no documentary evidence that would support any of Plaintiff's claims.

2. In reality, the record makes plain that: ConsenSys hired Plaintiff for a 2018 summer internship, which is the only position for which he ever applied or interviewed; Plaintiff accepted ConsenSys' offer; and ConsenSys eventually renewed Plaintiff's internship for another three months. Other than Plaintiff's conclusory deposition testimony, the record is devoid of *any* evidence that Plaintiff requested an accommodation of a disability, disclosed a disability, was

---

[1] The Complaint also alleged wage and hour violations; however, Plaintiff stipulated during a Court conference before Judge Johnston on June 25, 2021, that he is no longer pursuing any wage and hour claims.

denied a requested accommodation of a disability, was regarded as disabled, or was treated less favorably than any other similarly situated intern or internship candidate without a disability.

3. As such, ConsenSys respectfully submits that this Court enter an order granting the instant Moton for Summary Judgment and dismissing all of Plaintiff's remaining claims with prejudice.

4. ConsenSys is filing herewith a: R. 56.1 Statement of Material Facts and Exhibit Nos. 1-17 in support of same; memorandum of law and Exhibit No. 1 in support of same; and certificate of service confirming that ConsenSys is serving Plaintiff, who is proceeding *pro se*, with copies of the foregoing, along with copies of all requisite rules, explanatory statements, and standing orders.

WHEREFORE, ConsenSys respectfully requests that this Court enter an order dismissing all of Plaintiff's remaining claims with prejudice.

Respectfully Submitted,

**CONSENSYS, INC.**

By:/s/ Scott Cooper

Laura Sack (*admitted pro hac vice*)
Scott Cooper (*admitted pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
laurasack@dwt.com
scottcooper@dwt.com

Kerry Saltzman
WILLIAMS, BAX & SALTZMAN, P.C.
221 N. LaSalle St., Ste. 3700
Chicago, IL 60601
saltzman@wbs-law.com

## **CERTIFICATE OF SERVICE**

I, Scott Cooper, an attorney, certify that on this 23rd day of August, 2021, a true and correct copy of the foregoing Motion for Summary Judgment was filed via the electronic filing system of the United States District Court for the Northern District of Illinois and will be served upon all attorneys of record and Plaintiff, who is appearing *pro se*.

Although Plaintiff is registered to receive all filings and docket entries via the Court's ECF system, the undersigned will ensure that the foregoing Motion for Summary Judgment is served on Plaintiff by email (daiv.boveri@gmail.com) and regular mail.

/s/ Scott Cooper