Exhibit No. 4

**kell**: For you — 12:38 PM

**kell**: That was Lianna's request — 12:39 PM



David Boveri — 12:40 PM

**kell**: Cat Computerist — 12:40 PM

**kell**: Sound good? — 12:40 PM

**David Boveri**: 😂 — 12:41 PM

**David Boveri**: I mean who else is gonna use a mouse? — 12:41 PM

**kell**: Seriously, all the most important people had ridiculous titles — 12:41 PM

**kell**: People will think you're executive — 12:42 PM

**David Boveri**: Haha — 12:42 PM

**David Boveri**: Cat Ninja, then — 12:42 PM

**David Boveri**: Let's just go full on — 12:42 PM

Apr 7, 2018 at 8:34 AM

**kell**: Hmm… — 8:34 AM

**kell**: I think I'm going to recommend you for as a Data Scientist intern / contractor. — 8:35 AM

**kell**: I believe this "signal" will achieve our strategic goals. — 8:35 AM

**kell**: What's your reaction for that? — 8:35 AM

Re: Follow up on internship

**Subject:** Re: Follow up on internship
**From:** Kel Kanhirun
**Date:** 3/16/18, 9:25 AM
**To:** daiv boveri

Professionally, it's better to have someone else take it. For this particular team, a photo of you playing on the concertina might actually be better (a creative PhD). Your application will *not* be rejected because I've put you on a priority list, but having a few bullet points on your LinkedIn / resume will help prepare the interviewer to guide the conversation.

Alert me when your application is through, and I'll schedule you with Lianna.

**On Saturday:**
- I'll propose a short-term and long-term financial solution to you
- I'll send a summary in email after the meeting

On Wed, Mar 14, 2018 at 10:50 PM, daiv boveri <daiv.boveri@gmail.com> wrote:
> I'll get on this stuff ASAP. I need a picture for LinkedIn. So, clean shaven in gay colors lmao. Is a selfie fine or should I convince someone else to take it? I know nothing about LinkedIn pictures. I'll check yours too.
> On Wed, Mar 14, 2018 at 6:21 PM Kel Kanhirun <kel.kanhirun@gmail.com> wrote:
>> **Work Items**
>>
>> **Priority:**
>> It might be best to fill out the application form as soon as possible. Because I'm not sure what the deadline is for the May program.
>>
>> **Apply here:**
>> https://www.consensys.university/jobs-internships/
>> There's two programs here: the summer and new grad program. Pick the one that suits you.
>>
>> Add detail to your LinkedIn (e.g. programming, UI/UX, product management)
>>   - strategy: focus on both UI/UX + programming, rather than just one. This will allow me to argue for the designer intern in case the other is filled.
>>   - LinkedIn Recommendations
>>   - Add Anonymonkey as your experience. Say whatever you want. Observe my profile to make the timeline congruent.
>>
>> **Dressing:**
>>   - clean shaven
>>   - wear gay colors for your interview