# Exhibit No. 5

Re: Follow up on internship

**Subject:** Re: Follow up on internship
**From:** daiv boveri
**Date:** 3/19/18, 10:43 PM
**To:** Kel Kanhirun

OK, I finally looked over the jobs and internships. The New Grad's Program seems to be for full-time employees (it mentions healthcare), so I'll be applying to the 2018 [Consensys Summer Internship](#).

**Question:** I need to specify that I'm applying to your team. Is that DC Labs?

**Comment:** One of the previous interns contributed theoretical research to the Ethereum Foundation, so what you're suggesting I do is well within the scope of their documented schema for the internship.

On Mon, Mar 19, 2018 at 10:35 PM, daiv boveri <daiv.boveri@gmail.com> wrote:
> I don't think I ever got the follow up from Saturday's meeting. Was your script drunk from St. Patrick's day?
>
> On Fri, Mar 16, 2018 at 9:25 AM, Kel Kanhirun <kel.kanhirun@gmail.com> wrote:
>> Professionally, it's better to have someone else take it. For this particular team, a photo of you playing on the concertina might actually be better (a creative PhD). Your application will *not* be rejected because I've put you on a priority list, but having a few bullet points on your LinkedIn / resume will help prepare the interviewer to guide the conversation.
>>
>> Alert me when your application is through, and I'll schedule you with Lianna.
>>
>> **On Saturday:**
>> - I'll propose a short-term and long-term financial solution to you
>> - I'll send a summary in email after the meeting
>>
>> On Wed, Mar 14, 2018 at 10:50 PM, daiv boveri <daiv.boveri@gmail.com> wrote:
>>> I'll get on this stuff ASAP. I need a picture for LinkedIn. So, clean shaven in gay colors lmao. Is a selfie fine or should I convince someone else to take it? I know nothing about LinkedIn pictures. I'll check yours too.
>>> On Wed, Mar 14, 2018 at 6:21 PM Kel Kanhirun <kel.kanhirun@gmail.com> wrote:
>>>> **Work Items**
>>>>
>>>> **Priority:**
>>>> It might be best to fill out the application form as soon as possible. Because I'm not sure what the deadline is for the May program.
>>>>
>>>> **Apply here:**
>>>> https://www.consensys.university/jobs-internships/
>>>> There's two programs here: the summer and new grad program. Pick the one that suits you.
>>>>
>>>> Add detail to your LinkedIn (e.g. programming, UI/UX, product management)
>>>>   - strategy: focus on both UI/UX + programming, rather than just one. This will allow me to argue for the designer intern in case the other is filled.
>>>>   - LinkedIn Recommendations
>>>>   - Add Anonymonkey as your experience. Say whatever you want. Observe my profile to make the timeline congruent.
>>>>
>>>> **Dressing:**
>>>>   - clean shaven
>>>>   - wear gay colors for your interview