# Exhibit No. 6

BOVERI 00328

Follow up on internship

**Subject:** Follow up on internship
**From:** Kel Kanhirun
**Date:** 3/14/18, 6:21 PM
**To:** Daiv Boveri

**Work Items**

**Priority:**
It might be best to fill out the application form as soon as possible. Because I'm not sure what the deadline is for the May program.

**Apply here:**
https://www.consensys.university/jobs-internships/
There's two programs here: the summer and new grad program. Pick the one that suits you.

Add detail to your LinkedIn (e.g. programming, UI/UX, product management)
  - strategy: focus on both UI/UX + programming, rather than just one. This will allow me to argue for the designer intern in case the other is filled.
  - LinkedIn Recommendations
  - Add Anonymonkey as your experience. Say whatever you want. Observe my profile to make the timeline congruent.

**Dressing:**
  - clean shaven
  - wear gay colors for your interview