Exhibit No. 7

**From:** no-reply@greenhouse.io <no-reply@greenhouse.io>
**Sent:** Wednesday, March 21, 2018 2:58 PM CDT
**To:** daiv.boveri@gmail.com <daiv.boveri@gmail.com>
**Subject:** Thank you for applying to Consensys

Hi David,

Thanks for applying to Consensys as a 2018 ConsenSys Summer Internship. Your application has been received and we look forward to reviewing it shortly.

If your qualifications and background match what we're looking for, we will contact you soon.

Regards,
Consensys

** Please note: This is an automated response. Do not reply to this email. **