Exhibit No. 8

**From:** daiv boveri <daiv.boveri@gmail.com>
**Sent:** Monday, April 02, 2018 8:50 PM CDT
**To:** Lianna Newman <lianna.newman@consensys.net>
**Subject:** Re: Software Engineering Summer Internship at ConsenSys - Boveri

Hey Lianna,
Wednesday works better for me if possible. I'm free all day Wednesday except between 2:45pm and 4:30pm EST.

David

On Mon, Apr 2, 2018 at 11:56 AM Lianna Newman <lianna.newman@consensys.net> wrote:
> Hi there,
>
> You've been selected to interview for the summer internship at ConsenSys in DC Labs!
> The internship is paid and travel expenses to and from Washington, DC may be reimbursed on a case-by-case basis. The internship period is flexible but is formally programmed for June 3 through August 16, 2018.
>
> We're looking forward to speaking with you and learning more about you and your interest in interning with ConsenSys for the summer. We find it easiest to conduct our interviews via zoom, so once we agree on a date/time, we'll send along a google invite with the zoom link.
>
> Are you available tomorrow, **Tuesday, April 3, 2018 at 10:00 am ET** ?
>
> If not, please let me know your availability for tomorrow and Wednesday, April 4, 2018.
>
> Cheers,
>
> Lianna
>
>
> --
> **Lianna Newman // Full Stack Developer - ConsenSys Labs DC**
> lianna.newman@consensys.net / +1 570.234.6341 / GitHub
> *Pronouns: In lieu of pronouns, please only use my first name.*
> I'd love to connect. Here's my calendar link to make finding time easy.