# Exhibit No. 9

BOVERI 00439

ConsenSys Internship

**Subject:** ConsenSys Internship
**From:** Elizabeth Gottlieb
**Date:** 5/21/18, 11:14 AM
**To:** daiv.boveri@gmail.com

Hi David,

I hope you're doing well! Do you have a few minutes to chat tomorrow morning? Let me know if some time from 9 - 10 am EST or 10:30 - 12 pm EST work for you. Also - let me know the best phone number to reach you on.

Thanks!
Elizabeth



**Elizabeth Gottlieb**
**Internship Coordinator, Campus Recruitment**
elizabeth.gottlieb@consensys.net
Web | Twitter | Facebook | Newsletter
**Learn more about Internship & New Grad Programs here!**
**Request support for your campus event here!**