# Exhibit No. 10

BOVERI 00453

Elizabeth from ConsenSys

**Subject:** Elizabeth from ConsenSys
**From:** Daiv
**Date:** 5/23/18, 10:07 AM

Elizabeth from ConsenSys

$40/40 hours

Start date: June 6 to Aug 17