Exhibit No. 12

BOVERI 00531

Hey man, I know you don't want me to talk to you an

**Subject:** Hey man, I know you don't want me to talk to you an
**From:** Daiv
**Date:** 6/29/18, 11:18 AM

Hey man, I know you don't want me to talk to you anymore, but I just wanted to say thank you so much for everything you did for me last year. I especially wanted to thank you for literally standing by me last year when my parents disowned me. Thanks for changing your plans and turning the day around.

Even though today is really hard for me, when I think back to July 4th last year, honestly most of what I remember was our fun adventures going to Batavia to see the fireworks and stealing people's primo spots and cutting off 17 year old douche bags in their fancy Toyotas before seeing Baby Driver and getting my fat ass some donuts.

Anyways I can't ever keep it short, but I already thanked you for most of the amazing stuff you did for me. The last thing I wanted to say is thanks for putting up with all my bullshit for as long as you did, because I do know that I can be a bit much to handle, and as you probably figured it, I can be pretty emotionally unstable on top of how annoying and clingy I can be. Even though it eventually got to be too much for you, it really meant a lot to me that you gave me so many extra chances.

After looking back on how I acted last year, I marched myself to therapy last December when my doctor suggested my psychological issues were bad enough to qualify for disability. She said if the government didn't want to give it to me for my narcolepsy, then my problems were obviously so bad it would be a lot easier to get approved. I thought you'd enjoy the fact that when I flipped my shit last week for no reason during group therapy, everyone was equally perplexed and confused as you would have been, and I think my therapists official diagnosis was that I had an Elise "wtf what was that and where did it come from" disorder.

Last but not least, I wanted to say that I didn't end up applying for disability. I got a new neurologist at Northwestern who in addition to diagnosing me officially with Being Kind of Lil Bitch, officially diagnosed me with narcolepsy and adjusted my medication. Honestly I was kind of surprised when it worked because I was still 95% sure most of it was in my head. It turns out only some of it is in my head (I call them nocturnal non-epileptic pussy lil bitch psychogenic myoclonic seizures, NNEPLPMS).

It has been hard, but I've been able to take my 90s-lookin ass in ankle socks to the gym six days a week and work my way back up to get healthy enough to work. I've been working through a lot of shit in therapy, too, which has given me a lot more energy because it turns out that being kind of crazy is pretty fucking exhausting, even for someone without narcolepsy and autonomic dysfunction.

At any rate, I have a job now working with a tech company in Brooklyn called ConsenSys. My friend works there and arranged an interview. It took months to prepare for the interview in April and a crazy amount of work to prep for the job, but I made it. I'm just an intern for now, but holy shit dude, I'm rolling in benjies These mfks have stacks, fam. Normally I wouldn't brag about my income, but this fuckin intern pulls in over six racks a month to sit on his couch. That's $6k+ in white people speak. The thot who negotiated my salary actually apologized that it couldn't be more. What a bitch.

Thanks for believing in me and instead of dropping a couple C notes, I thought you deserved some swag they sent me. They also sent me a sliding webcam cover so if I get bored during meetings I can just slide it over and jerk off in peace.


Your friend from at least 300 feet away at all times,

Daiv

Ps. I showed this to my therapist to make sure I didn't say anything too crazy and that I wasn't delusional for thinking it would be ok to send. I really wanted say this all in person, but I didn't even need to ask him to know that was obviously