Exhibit No. 13

BOVERI 00246

**kell** (6:37 PM): Ah, you're being redirected away from DC. I may need to work on this. lol/

**kell** (6:37 PM): Because of your remote status.

**David Boveri** (6:37 PM): Haha oops

**David Boveri** (6:37 PM): Figures. Remote internship is not remote? Makes sense

**David Boveri** (7:03 PM): So how would that look like in practice

**David Boveri** (7:04 PM): I mean could I do my work independently, and collaborate with you sometimes anyways?

**David Boveri** (7:04 PM): Or is your concern the second round of interviews

**kell** (7:08 PM): You won't be given a second round.

**kell** (7:09 PM): You're being redirected out of DC Labs which means you can lose the internship

**kell** (7:09 PM): You've been requested for a redirect*

**kell** (7:10 PM): And I can tell you, the people on the other side can give two shits about it.

**David Boveri** (7:10 PM): So, redirect means nothing?

**David Boveri** (7:10 PM): Like I'm not rejected, but I'm just put back in the pool

**kell** (7:11 PM): Correct

**David Boveri** (7:11 PM): ah, cuz there's rules and the points don't matter

**David Boveri** (7:11 PM): if it was a normal company, they would pass me along as having passed the first round

**David Boveri** (7:11 PM): but there is no such thing as a first round, so there's no way to pass me that way

**kell** (7:12 PM): That's a company built on trust

**kell** (7:12 PM): Or at least rules

**David Boveri** (7:12 PM): yeah

**David Boveri** (7:13 PM): well this is fun

**David Boveri**
i'm learning so much about the chaos of structurelesness — 7:13 PM

**David Boveri**
let's entrust our entire financial futures to a structureless and decentralized ledger. maybe it will work as well as unstructured companies! — 7:14 PM

kell
Haha, there's some hope here, but their odds would have been better when they were smaller — 7:14 PM

kell
They have an interesting compensation model — 7:14 PM

kell
Democracy in the workplace. People vote on the compensation framework. — 7:15 PM

kell
There are three groups: the working group, representative group, and mesh group. — 7:15 PM

kell
We elect representatives and they debate with each other; make proposals. — 7:16 PM

kell
Working group moves things along but is not the decision making body. — 7:16 PM

kell
Mesh group is everyone. They vote. — 7:16 PM

kell
With An independent compensation consultant is providing advice. — 7:17 PM

kell
Mercer — 7:17 PM

*Apr 6, 2018 at 9:13 AM*

**David Boveri**
Is there any way I can get a 6p invite again? Wanna see if I can use it to manage my food stamps. Ran out last month 😅 — 9:13 AM

**David Boveri**
Food stamps inherit the credit card problem. After you make a purchase, it actually prints your balance on the receipt. But by then it's too late! — 9:13 AM

kell
I have the whole the day off. If you want to touch base, we can. — 9:21 AM

**David Boveri**
Yeah sure — 9:22 AM

**David Boveri**
Let's go to 北京 it's been a while — 9:23 AM

kell
Haha, I'm going to China this year. Might be Shanghai next. — 9:23 AM

kell
Are you free now-ish? — 9:23 AM

**David Boveri**
Sure but not for too long — 9:32 AM

BOVERI 00248



**kell** — Ok — 9:40 AM

**kell** — Invite sent — 9:42 AM

**kell** — https://consensys.zoom.us/j/614393102 — 9:42 AM

**David Boveri** — So is that a maybe on the 6p invite? 😅 — 11:07 AM

**kell** — I don't think I can procure that for you. — 11:17 AM

**kell** — Try YNAB. I hear they are good. — 11:17 AM

**kell** — Hmm, I think you're in the red zone. Apparently, the internships is Lianna's way to achieve her diversity goals. — 11:27 AM

**kell** — I don't know why she doesn't just outright say these things. — 11:28 AM

**kell** — It makes it hard when there's no shared understanding of what the objectives are. — 11:28 AM

**David Boveri** — Guess I wasn't gay enough 💕 — 11:37 AM

**David Boveri** — Haha I'd love to try YNAB but it costs money I thought. I'll look into it lol. Maybe they accept food stamps???? — 11:38 AM

**kell** — I took a strong stance for you. — 11:41 AM

**kell** — If it doesn't work, it doesn't work. — 11:41 AM

**kell** — Out of my control now. — 11:41 AM

**David Boveri** — Yeah — 11:41 AM

**kell** — I didn't expect the conversation to freeze hiring would happen — 11:42 AM

**David Boveri** — YNAB is free for thirty days. I've been putting off downloading it for long enough 😜 — 11:42 AM

**kell** — My odds would have been better — 11:42 AM

**kell** — Fuck — 11:42 AM

BOVERI 00249

**David Boveri**
Yeah — 11:42 AM

**David Boveri**
It's alright. Turns out you may have more influence than you thought — 11:43 AM

**David Boveri**
You make a comment and then two nodes away it has influence — 11:43 AM

**David Boveri**
😎🔥 — 11:43 AM

kell
Hmm I had to use every card in play for this tactic. — 11:46 AM

kell
Curious to see how this drama unfolds — 11:46 AM

**David Boveri**

11:46 AM

kell
Had to say you are LGBT, which includes bisexual. But it's more diverse. Heh. — 11:47 AM

**David Boveri**
Haha yeah — 11:47 AM

**David Boveri**
But you got her to show her hand, at least — 11:47 AM

kell
I've gotten too obsessed with office politics — 11:47 AM

kell
It's kind of fun — 11:47 AM

**David Boveri**
Yes take a break — 11:47 AM

**David Boveri**
Enjoy the cherry blossoms — 11:47 AM

**David Boveri**
Cuz my guess is it's gonna get intense very soon — 11:48 AM

**David Boveri**
Omfg so YNAB won't let me do my free trial without signing up for an auto renewal of $83 — 11:49 AM

kell
Hahaha — 11:49 AM



**kell** — She had assumed you were LGBT! — 11:49 AM
**David Boveri** — It won't even let me see the app past the on parser — 11:49 AM
**David Boveri** — * boarder — 11:49 AM
**David Boveri** — Haha 🌈⌚ for the win — 11:50 AM
**kell** — Fuck it worked — 11:56 AM
**kell** — Why didn't I do this the first time — 11:56 AM
**David Boveri** — ??? — 11:57 AM
**kell** — You're back in the game! — 11:57 AM
**David Boveri** — Hahahah — 11:57 AM
**kell** — But this time there's no fog of war — 11:57 AM
**David Boveri** — Yes. Shouldn't play all your cards up front — 11:57 AM
**kell** — You might even get a better deal — 11:58 AM
**kell** — She says that she can probably work out an independent contractor position — 11:58 AM
**David Boveri** — Also I got past the YNAB payment on boarder. Those tricky bastards — 11:59 AM
**kell** — Bring you in on a project-by-project basis — 11:59 AM
**David Boveri** — Oh wow cool! — 11:59 AM
**kell** — I had to use everything by the way — 11:59 AM
**David Boveri** — Even your pikachu? — 11:59 AM
**kell** — So she has some idea that you were homeless, LGBT, disowned, I'm paying your rent, and has health issues. — 11:59 AM
**kell** — She asked why I didn't consider you for full-time. — 11:59 AM