Exhibit No. 14



August 13, 2018

David Boveri
1268 Rushmoore Drive, Apt 5
Dekal, Illinois 60115

Dear David Boveri

ConsenSys is delighted to offer you temporary employment, as a paid intern. We look forward to having you start work by June 6, 2018 with DC Labs. This offer shall expire one week from the date of this letter.

The temporary position we are offering to you as an intern is classified as non-exempt. As such, you will be paid an hourly rate of $40.00, and will be eligible for overtime for those hours worked over 40 hours in a normal workweek. All payments to you will be subject to withholding and other applicable deductions.

As a temporary employee, you shall not be eligible to participate in ConsenSys's employee benefits plans and programs, nor shall you be eligible for paid time off except in accordance with applicable law.

ConsenSys does not permit its employees to use any trade secrets or other proprietary information of third parties in the course of performing their duties for ConsenSys. Accordingly, during your temporary employment with ConsenSys, you may not disclose to ConsenSys or use, or induce ConsenSys to use, any trade secrets or other proprietary information of others, including any of your prior employers. Also, by signing below, you represent that you are not subject to any covenant, agreement, or restriction with or by any third party (including, but not limited to, a covenant of noncompetition or nonsolicitation that would prevent you from commencing your temporary employment with ConsenSys by June 6, 2018 and from thereafter fully performing your duties and responsibilities for ConsenSys without interference or restriction from any such third party.

Please be aware that neither this letter, nor any other document, confers any contractual right, either express or implied, to remain employed by ConsenSys for any fixed period of time, nor does it guarantee any fixed terms or conditions of employment. While we hope that your employment with ConsenSys will be mutually beneficial, please understand that you will be a temporary at-will employee, which means that both you and ConsenSys have the right to terminate your employment at any time, with or without notice or cause. At present, we anticipate that your internship, and your temporary employment with ConsenSys, will end no later than December 14, 2018, although it may end earlier. No one other than the CEO & Founder of ConsenSys may enter into an employment contract with an employee, and any such contract must be in writing and signed by both you and the CEO & Founder of ConsenSys.

Your compensation is contingent on continued employment, is subject to change.

This offer of temporary employment is contingent on the satisfactory of your execution of ConsenSys's [Employee Restrictive Covenant Agreement]. This offer of employment is also contingent upon compliance with the Immigration Reform & Control Act of 1986.

49 Bogart Street, Suite 22, Brooklyn, NY 11206    hr@consensys.net

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    DEF_0007

If you wish to accept our offer of temporary employment as described above, please sign in the space provided below and return the signed document to me as soon as possible.

Please feel free to contact me at any time if you have questions or if I can be of help.

Best regards,

*[signature]*

Joseph Lubin
CEO & Founder

I hereby accept ConsenSys's offer of temporary employment on the terms set forth above:

David Boveri
Print Name

*[signature]*
Signature

8/15/18
Date

49 Bogart Street, Suite 22, Brooklyn, NY 11206     hr@consensys.net

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     DEF_0008