Exhibit No. 15

# Drug-Free Workplace

ConsenSys employees are its most valuable resource, and their health and safety are a priority. ConsenSys is committed to maintaining a safe and healthy workplace free of drug abuse. ConsenSys will not tolerate drug abuse on its premises, as it may endanger the health and safety of its employees and/or threaten the business operations. ConsenSys strictly prohibits the abuse of controlled substances, at any time an employee is working for ConsenSys, whether on or off ConsenSys premises. All employees must report to work in a condition to perform their job duties safely and effectively.

# Anti-Retaliation

ConsenSys employees and applicants are protected against retaliation. Consistent with federal laws, acts of retaliation against an employee who engages in a protected activity, whistle blowing, or the exercise of any appeal or grievance right provided by law will not be tolerated.

# Americans with Disabilities Act

ConsenSys is committed to complying fully with the Americans with Disabilities Act (ADA) and other applicable federal, state, and local laws. We are also committed to ensuring equal opportunity in employment for qualified persons with disabilities. We make our employment decisions based on the merits of the situation in accordance with defined criteria, not the disability of the individual. Further, the Company is committed to not discriminating against any qualified employee or applicant because the person is related to or associated with a person with a disability.

Reasonable accommodation is available to an employee with a disability when the disability affects the performance of job functions. ConsenSys will attempt to reasonably accommodate qualified individuals with a temporary or long-term disability so that they can perform the essential functions of the job, unless doing so would create an undue hardship for the operations of the Company.

If you are currently disabled or become disabled during your employment and are in need of a reasonable accommodation, you should contact your HR Business Partner to assist you with evaluating reasonable accommodations that may enable you to perform the essential functions of your job.

10

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER