# Exhibit No. 16

## Notice of Termination
2 messages

**Matt Corva** <matt.corva@consensys.net>  Thu, Dec 6, 2018 at 3:57 PM
To: daiv.boveri@gmail.com

David -

Please find an official copy of your notice of termination attached.

Best,
Matt

📄 **David Boveri - ConsenSys Inc Notice to Terminate.pdf**
109K

**daiv b.** <daiv.boveri@gmail.com>  Thu, Dec 6, 2018 at 5:03 PM
To: Matt Corva <matt.corva@consensys.net>

Hey Matt,

Thanks for all you've done to make ConsenSys a nice place to work until today. I hope they don't fire you the same way they fired the rest of us.

David Boveri
[Quoted text hidden]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      DEF_0005



Date: December 6, 2018

Re: Termination of Internship

Dear David Boveri:

This letter is to inform you that as of December 6, 2018 your internship with ConsenSys is terminated.

ConsenSys will be making a one-time payment to you of $5,000.

**ConsenSys Property:** Please return all hardware, materials, electronic devices, manuals, and other ConsenSys property that has been issued to you, as well as all unique documents that you created or obtained in connection with your employment within four (4) business days.

**Confidential Information:** You are reminded that you remain bound by the Confidential Information Agreement signed along with your offer letter at the commencement of employment.

**Outstanding Personal Expenses:** Any outstanding personal charges (*i.e.* express mail) are your responsibility and should be paid to Finance.

If you have questions pertaining to any of the above information, please contact me at Zahava.Kahan@consensys.net. We wish you the best in your future endeavors.

Sincerely,


Zahava Kahan