Exhibit No. 17

From: **Agnes Budzyn** <agnes.budzyn@consensys.net>
Date: Wed, Nov 28, 2018 at 8:48 AM
Subject: Re: both lists attached
To: Zahava Kahan <zahava.kahan@consensys.net>

Apologies Boveri



**Agnes Budzyn // Office of the Founder Managing Director**
agnes.budzyn@consensys.net
49 Bogart Street, Brooklyn NY 11206

On Nov 28, 2018, at 8:16 AM, Zahava Kahan <zahava.kahan@consensys.net> wrote:

> I dont see a david bovari on my master list. where is he?
>
> On Tue, Nov 27, 2018 at 3:19 PM Agnes Budzyn <agnes.budzyn@consensys.net> wrote:
>> pls add David Bovari to the floaters list.. not sure what he does..



**Agnes Budzyn // Managing Director**
**Office of the Founder**
agnes.budzyn@consensys.net

On Tue, Nov 27, 2018 at 1:56 PM Agnes Budzyn <agnes.budzyn@consensys.net> wrote:

📄 AB List _ Workday_contractors

Clark Thompson - Solutions
Shavan - P+T



**Agnes Budzyn // Managing Director**
**Office of the Founder**
agnes.budzyn@consensys.net

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER     DEF_0054