# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BOVERI, | |
| Plaintiff, | Case No. 19-cv-50226 (IDJ) (LAJ) |
| v. | |
| CONSENSYS, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Scott Cooper, hereby certify that I have caused to be served upon *pro se* plaintiff David Boveri ("Plaintiff") a copy of the "Notice to Unrepresented Litigants Opposing Summary Judgment," contained in Local Rule 56.2 (the "Notice").

Although Plaintiff is registered to receive all filings and docket entries via the Court's ECF system, and the Notice is being filed on the ECF system, I have also caused the Notice to be served on Plaintiff by email (daiv.boveri@gmail.com) and regular mail (3230 Sycamore Road, Suite 168, DeKalb, Illinois 60115).

Dated: August 23, 2021

DAVIS WRIGHT TREMAINE LLP

By: /s/ Scott Cooper
      Scott Cooper
      1251 Avenue of the Americas
      21st Floor
      New York, NY 10020
      scottcooper@dwt.com