# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BOVERI,<br><br>      Plaintiff,<br><br>v.<br><br>CONSENSYS, INC.,<br><br>      Defendant. | Case No. 19-cv-50226<br><br>Hon. Lisa A. Jensen |

## NOTICE OF WITHDRAWAL OF COUNSEL

Aaron W. Chaet is hereby withdrawn as counsel for the Defendant, as he is no longer with the firm of Williams, Bax & Saltzman, P.C. Defendant will continue to be represented by Kerry Saltzman, who has already entered an appearance in this case.

Respectfully submitted,

/s/ Kerry E. Saltzman
KERRY E. SALTZMAN

**WILLIAMS, BAX & SALTZMAN, P.C.**
Kerry E. Saltzman
saltzman@wbs-law.com
221 N. LaSalle Street, Suite 3700
Chicago, IL 60601
(312) 372-3311