

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Michael J. Goettig**
212.603.6498 tel

michaelgoettig@dwt.com

September 28, 2021

**Via ECF**

Hon. Iain D. Johnston
United States District Court
Northern District of Illinois
Stanley J. Roszkowski United States Courthouse
327 South Church Street
Rockford, IL 61101

      Re:    *Boveri v. ConsenSys, Inc.*
                19-cv-50226 (IDJ) (LAJ)

Your Honor:

      This firm represents the defendant ConsenSys, Inc. ("Defendant"). I write concerning Defendant's motion for summary judgment, documents in support of which were filed on August 23, 2021. *See* Docket Doc. Nos. 54-58. Pursuant to the Court's June 25, 2021 docket entry, the plaintiff David Boveri ("Plaintiff") was to file a response and any additional statement of facts by September 24, 2021. *See* Docket Doc. No. 53. Because Plaintiff failed to do so, Defendant respectfully requests that the Court deem Defendant's motion for summary judgment to be unopposed and enter judgment in Defendant's favor accordingly pursuant to Local Rule 78.3

      Thank you for your consideration.

                                        Respectfully submitted,

                                        /s/

                                        Michael Goettig

cc: David Boveri (*via ECF*)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.