UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Western Division

David Boveri
                          Plaintiff,

v.                                                  Case No.: 3:19−cv−50226
                                                        Honorable Iain D. Johnston

ConsenSys, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 29, 2021:

      MINUTE entry before the Honorable Iain D. Johnston: The defendant's motion to deem its summary judgment motion unopposed [64] is denied. The motion cites Local Rule 78.3 as giving this Court the authority to enter judgment because of a party&#0;39;s failure to respond to a motion for summary judgment. The rule does no such thing, nor could it. The failure to respond to a motion for summary judgment is not a basis for entering judgment. See Robinson v. Waterman, 1 F.4th 480, 483 (7th Cir. 2021) ("Even where a nonmovant fails to respond to a motion for summary judgment, the movant 'still had to show that summary judgment was proper given the undisputed facts.'") (citation omitted). The deadline for the plaintiff#039;s materials in response to the defendant's motion for summary judgment [54] is extended to 10/15/2021. The defendant's reply is now due 10/29/2021. The plaintiff is warned that if he fails to respond by the 10/15/2021 deadline, the Court will rule on the motion for summary judgment without the benefit of his views, and the Court will rule based upon defendant's motion and supporting materials. He is also reminded to consult the Notice to Unrepresented Litigants Opposing Summary Judgment, found at docket entry #58. No further extensions will be allowed. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.