

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Michael J. Goettig**
212.603.6498 tel

michaelgoettig@dwt.com

October 20, 2021

**Via ECF**

Hon. Iain D. Johnston
United States District Court
Northern District of Illinois
Stanley J. Roszkowski United States Courthouse
327 South Church Street
Rockford, IL 61101

    Re:    *Boveri v. ConsenSys, Inc.*
              19-cv-50226 (IDJ) (LAJ)

Your Honor:

    Pursuant to the Court's June September 24, 2021 docket entry, the plaintiff David Boveri ("Plaintiff") was to file a response and any additional statement of facts by October 15, 2021. *See* Docket Doc. No. 65. Plaintiff has failed to do so. Accordingly, Defendant respectfully requests that the Court deem its summary judgment motion fully submitted, and rule based upon Defendant's motion and supporting materials.

                          Respectfully submitted,

                          /s/

                          Michael Goettig

cc:  David Boveri (*via ECF*)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.